United States Courts
Southern District of Texas
FILED
JUN 04 2020
David J. Bradley, Clerk of Court

AFTER HOURS FILING
2019 SEP -7 PM 7:54

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
OCT 8 2019
CHRISTOPHER A. PRINE
CLERK

A1-10
REF REMOVAL UNDERWEAR UNTIL YESTERDAY SHELL GAS. COPY FBI KHRISTOPHER WRAY RE FBI INVESTIGATION ROBBERY SHONALI MASUMDAR FRAUD MITT ROMNEY COPY IVAN DUQUE/COLOMBIA

Form No. SCt14:2
9/2/2019 YR
2012-47068
975831
2014-26597
REQUEST HEARING.

Content of Writ of Certiorari

Form No. SCt14:2

Petition for Certiorari—Contract Claim No. ______ [docket number]

IN THE SUPREME COURT OF THE UNITED STATES JOHN ROBERTS
1 1ST NE WA DC 20530 - PH 832-3743612
NELLY R URIBE & FAMILY SON WALTER URIBE [Name of party], Petitioner

vs.

STATE OF TEXAS/ HOUSTON POLICE METRO POLICE TRANSIT AUTHORITY / HOUSTON TED CRUZ / LAW LIBRARY / CITY OF HOUSTON VINCE RYAN [Name of party] GREG ABBOTT / ED EMMETT DONALD J TRUMP / DOUGLAS LAW BET JOE SPAUNE GEORGE P BUSH / DEFENDANTS, Respondent

ON WRIT OF CERTIORARI TO THE [Name of court, e.g., UNITED STATES COURT OF APPEALS FOR THE ______ CIRCUIT] NEW ORLEANS/LOUISIANA ORDERS/EDU. JAMES RICHARD PERRY/FRAUD/INJURYS/TRESPASS ROBBERY DONALD J TRUMP ORDERS

PETITION FOR CERTIORARI

[Name of counsel of record] SHONALI MAJUMDAR AT&T
Counsel of Record for [Name of party] CENTER POINT / COMCAST
KRISTINE ENERGY [Address]
[City, state, zip code]
[E-mail address]
[Telephone number]

ILLEGAL JURISDICTION IN FRAUD TO KILL MY FAMILY ROBERT MUELLER RUSSIA INVESTIGATION ILLEGAL SALE USA

^1 This form was adapted from papers filed in with S & E Contractors, Inc. v. United States, 406 U.S. 1, 92 S. Ct. 1411, 31 L. Ed. 2d 658 (1972), furnished courtesy of Hudson, Creyke, Koehler, Brown & Tacke, attorneys for Petitioner.

IN MOVIES/1900/23 REF: GAME OF THRONES IS BLOOD KILL MY FAMILY

NELLY R URIBE DONALD J TRUMP/STATE OF TEXAS/GREG ABBOTT/CITY OF HOUSTON FAIL TO PAY $26 BILLION SANCTION
GREG WILL COLLECT. PETITIONERS NELLY R URIBE & FAMILY MOTION REQUESTING PRECLUSION ORDER AGAINST D/A KIM OGG AND POLICE/ART ACEVEDO T42 #1983.85 AMEND-4-14
REF: MIT ROMNEY/DONALD J TRUMP/GOV. ORDERS,
PETITIONER & FAMILY HAS DELIVERED SERVED SUBPOENAS TO KIM OGG / HOUSTON POLICE ART ACEVEDO AND DEFENDANTS NO ANSWER TO PETITIONERS IS GUILTY RORY OLSEN
REF THE FBI/CHRISTOPHER WRAY/JAMES COMEY/ROBERT MUELLER/AND ROD ROSENSTEIN HAS BEEN INVESTIGATION FROM LONG TIME AND FILES ARE IN DJC. REQUEST $26 MILLION PENALTY
BATHROOM USE MONTLY CRIMES REPORTED AND CONTINUO TO INJURY PETITIONER & FAMILY AS FOLLOWS: CONSPIRACY WITH DEFENDANTS INCLUDING SECURITY/ED EMMETT/ALAN ROSEN

(A) CRIMINAL TRESPASS AT NIGHT (1) REMOVAL DOORS (2) REMOVAL WINDOWS (3) IN ILLEGAL USE OF CHILDRENS AT NIGHT (4) PRESENTLY IN USE OF HOMELESS SLEEPING ON STREETS HILLCROFT/BELLAIRE NEXT TO STERLING BLG. TO STEAL AT NIGHT (5) IN ILLEGAL TRESPASS BY SECOND FLOOR TO OUR APT. KITCHEN - ROOMS/CEILING IN USE OF HCC STUDENT LAMAR AND HS-CHILDRENS AND ILLEGAL USE OF BLACKS CARS CLEANING CAR WINDOWS AT BELLAIRE & HILLCROFT CORNER GIVEN THEM "BLACK POWER BOXES" TO HIT OUR HEAD BODY EVERY DAY WITH FOOD TRUCKS IN ELECTRICAL/MECHANICAL DEVICES TO HIT OUR HEADS BODY-LEGS. AND IS POLICE/METRO/TED CRUZ PAYS $500 TO 1,000 TO HIT US BRAKE AT NIGHT ORDERS OF DONALD TRUMP/GOV GREG ABBOTT/GEORGE P BUSH/CITY OF HOUSTON/LAW LIBRARY/POLICE/METRO/GEORGE W BUSH
(6) CRIMINAL TRESPASS AT BATHROOM WE CAN NOT USE THEY HIT US AS SOON AS WE ENTER. WALTER WAS INJURED 2 DAYS AGO BLEEDING HEAD -. ATTACK OUR EYES HANDS/FINGERS/STOMACH/EARS ALL FOOD DAMAGE AS THEY WORK WITH METRO POLICE/METRO DRIVERS UNION/COMCAST/AT&T ALL IN BATHROOM/CENTER POINT WITH WF BANK/CHASE. WE HAVE REQUESTED $26 MILLION EA GOVERNMENT PLUS LAWYERS $10'000,000.00 PLUS DEPOSIT $500'000'000.00 BOND BEFORE TRIAL. PHONE ATTACK $26 BILLION EA METAL/MECHANICAL ATTACK $26 BILLION EA. DEFENDANT. AS SECURITY JOE SPAUNE WITH POLICE/METRO DEFENDANTS DAMAGE ALL OUR SHOES, FOOD IN FIESTA IS CHANGE WITH SODA TO INJURY US. POLICE/METRO/SECURITY ARE IN ILLEGAL USE OF FIESTA SHOPPING CARS IN ELECTRICITY AT NIGHT IN ATTACK 24 HRS AS STERLING HAS PUT IN BLACK BOXES AND CITY OF HOUSTON MAYOR OPEN ALL BLACKS ROADS AND PUT IN HEAVY POWER ON STREETS (TRUCKS COME) TO HIT US 24 HRS, THEY SAID CITY OF HOUSTON MAYOR/GOV GREG ABBOTT/ED EMMETT/JEBB BUSH
SHELL/STORES HAS ILLEGAL ORDERS/CRIMINAL COURT 1202 FRANKLIN AND 190TH COURT PATRICIA KERRIGAN/LAW-3 LINDA STOREY, WE DONT HAVE TICKETS NO COURTS/NO COPYS

B) THE BLACK COMMUNITY SAID VINCE RYAN DID ORDER BLACK BOOK IN STORES TO DO FRAUD IN RECEIPTS WITH PAUL MANAFORT/MICHAEL COHEN/DONALD TRUMP BOOK IN FRAUD WITH GEORGE P BUSH & FAMILY/POLICE/SHERIFF/ART ACEVEDO/KIM OGG TOLD MANY STUDENTS WE ARE IN SALE OF DRUGS WITH ADRIAN GARCIA HCP-1 ALAN ROSEN. FRAUD ON STREETS DEFAMATION WITH ED EMMETT GOING TO GAS STATIONS/BUSINESS/COMPUTER FRAUD IN POLICE PRESENTLY IN USE OF SUBWAY WE DONT EAT SANDWICH. THIS IS VINCE RYAN IN USED DONALD TRUMP FRAUD IN STORES RANDALLS/HOUSTON EVET CVS-MANY STORES WALMART/SHELL

C) THE BLACK COMMUNITY ADVISE THEY ARE PAID BY DEFENDANTS AND FARMERS INSURANCE BIG MONEY TO DO FRAUD CALLS - PHONE ATTACK/TRESPASS WITH HOSPITALS/UNIV. OF HOUSTON ATTACK WITH HELICOPTERS/CHILDRENS DEFAMATION/STOLEN OUR PROPERTY $26 MILLION TO BE PAY EA KEYS
REQUEST KIM OGG/D/A/HOUSTON POLICE/ART ACEVEDO/RETURN STOLEN PROPERTY STAY OUT FROM OUR APT/FAMILYS HOMES/CHILDRENS HOUSES AND OUR COURT CLAIMS

D) PRECLUSION ORDER NOT TO PULL COURT DOCUMENTS AT WINDOW. BLACKS REPORT KIM OGG/STEAL OUR LEGAL DOCUMENTS INCLUDING ARE SENT TO U.S SUPREME COURT AS SHE USE THEM TO PRINT BOOKS ILLEGALLY WITH POLICE/ALAN ROSEN/FEDEX P. GEORGE P BUSH CITY HOUSTON WE REQUESTED $26 BILLION DAMAGES PAY

APR 10 PM 5:28
COUNTY CLERK HARRIS COUNTY TEXAS
2019 NOV 21 PM 8:54
PM 8:52
HARRIS COUNTY, TEXAS
FILED CHRIS DANIEL DISTRICT CLERK HARRIS COUNTY, TEXAS
2018 DEC 18 PM 8:02
Stan Stanart COUNTY CLERK HARRIS COUNTY, TEXAS
AFTER HOURS

11/20/2019
NELLY R URIBE
POLICE BRUTALITY / FORGERY DONALD / IVANKA TRUMP
DAMAGES
CONGRESS / EDEMMET ORDERS ...

As a direct and proximate result of defendants conduct, plaintiff and family son Walter Uribe and children suffered the following injuries and damages ... bank fraud we dont owe money

(1) Injury hands fingers / hands in our eyes / hands in mouth / body ... legs / toes / back / business lost $ 100'000'000.000 / $ 100'000.000

(2) Electrical / mechanical hit / plus injurys torture suffering of plaintiff / son Walter / childrens ... devices / shoes devices ... 24 hrs torture / tort / head / mouth / face / teeth / police / metro ... all our shoes damage by patrols / edemmet / police metro ... request all defendant deposit at Iberia bank / mortgage / surety / liability $ 500'000'000 / $ 50'000.000

(3) Criminal trespassing / entry by defendants / gas / chemicals / drugs ... use of small childrens removing doors / windows / bathrooms ... removal underwear home / stores / brassier illegal search $ 100'000.000

(4) Removal ... stolen book / art / math journal Colombia ... request payment for stolen books / letters / mail / auto / movies / closets / DVD ... letters / poetry / Walter Uribe collection ... stolen comic books ... math journal ... all books stolen ... lawyers cost by defendant $ 10'000.00

(5) Request payment lawyers cost by ... defendant ... companys $ 100'000.c

(6) Teeths injurys in illegal devices / hit / tort / face / head ... lost earnings / service ... $ 100'000.0

(7) Attack day / night - Donald Trump & wife dog attack day / night $ 50'000.c

(8) Damages Edemmet / Donald Trump ... Greg Abbott ... Harvey storm attack ... fraud by ... store with ... police ... Edemmet $ 10'000.00

(9) Request damages ... fraud ... Donald Trump ... black book ... yellow book ... blue book

Vince Ryan metro police / city Houston ... Kingwood has not been filed ... request lawyers cost ... defendant $ 100'000.0

(10) Request ... George P Bush / Donald J Trump orders / Edemmet ... Bush

(11) Phone attack ... police / metro drivers / patrols / security / hospitals ... $ 50'000

Greg Abbott, city of Houston / defamation slander all in her ... / gov.

(12) Defendants ... attack / patrols / sheriff attack / city Houston / gov. ... police / metro police / ... Houston with phone / helicopters $ 10'000

Rick Perry / police ... lawyers cost by ... defendant

(13) ... grandchildren removal (4 doors) $ 90'000

(14) Rick Perry to pay injurys ... bleeding many days ... teeths ... no tickets no courts $ 1.700,000,00

total damages

One billion seven hundred million dollars ... pain suffering / defamation / slander / injury $ 2'250,0...

Complaint file total ... amend ... against

## PRAYER

For these reasons plaintiff asks for judgement against defendant for the following:

(A) Actual damages $ 1'700,000,000.00

(B) Prejudgement and postjudgement interest ... family member $ 10'000.000.00

(C) Attorneys fees for plaintiff and ... family ... Donald J Trump / police / metro / Randalls $ 500'000.00

(D) Bank fraud WF / Donald J Trump / ... Constables / Michael Cohen / ... $ 10'14'150,000.00

(E) Request lien St Mar ... / Pristine Energy ... damages / injurys / assault robbery ... chemicals / drugs / trespass / ... apt lock rent paid ... 

(F) Request all moneys in deposit for sales of our property book / letters / math art journal ... at WF bank / Chase bank / Iberia bank others

(G) Request the wills on Walter Uribe / Nelly Uribe in illegal hold by HCP-3 Rory Olsen - Jud 62 ... $ 5000.00 (five thousand) gov ...

(H) Request lottery we won ... Abbott stolen ... executive by Donald

(I) Request cancel / void / set aside orders / executive ... Edemmet / police / Vince ... Trump & wife / Ivanka Trump ... Ed Emmett ... Tom Brooks / ... Alan Rosen HCP-1 ... Uribe fraud we have not ... we dont know them ... farmers in ...



AFTER HOURS FILING
FILED
2019 APR 10 PM 5:29
COUNTY CLERK
HARRIS COUNTY, TEXAS


















3/28/19 AMENDED -

REF EARS ATTACK / METAL / ME CHEMICAL ... IN DONALD J TRUMP - DESK - SLAVERY IN MEDICAL FRAUD / HURT / HANDS IN MOUTH / EYES / ... PHONE ATTACK - $26 BILLION INVOICE - 2019 YR - 101 ORDER DONALD J TRUMP TO PAY

4

U S SUPREME COURT, WA DC / SONIA SOTOMAYOR
FBI / Robert Mueller / JAMES COMEY / CHWRAY
AMY BERMAN JACKSON 2012-42068
TO RANDALLS / STORE 92583 / 2014-26571
MRS ALAGI — INVOICE FOR DAMAGES INJURYS VACUM CLEANER # 26 BILLION
3131 W HOLCOMBE
HN TX 77026 — Ref FRAUD / CASHIER
713 349 2150 — CARD / BANK AMERICA YOUR FRAUD

2019 MAR 31 PM 7:30 ... COUNTY CLERK HARRIS COUNTY, TEXAS

(REENS) THE POLICE SEND ME A MSG ON 3/21/19 THAT YOU ARE DOING CASHIER FRAUD IN LOTTERY TICKETS
ON 3/21/19 I WON $200 - LOTTERY
YOU PAY ME 2 X $100 = TOTAL $200 -
I PURCHASE MONEYORDERS
TODAY I WON 3 TICKETS YOU GIVE ME $27 = RECEIPT
CAN YOU TELL ME WHAT KIND OF FRAUD ARE YOU DOING ② AS WA MANY CUSTOMERS WITNES.
I DONT OWE MONEYS TO RANDALLS, BUT RANDALLS OWE MONEYS TO US
3/22/19 YR

Ref WATER IN ARSENIC SALE GEORGE P BUSH

NELLY URIBE / FALY 832 374 3618

NOTE: A SUBPOENA HAS BEEN GIVEN TO RANDALLS CRIMINAL ATTACKS MGR NO ANSWER FRAUD AT CASHIERS

50% - KINGWOOD LIBRARY HARVEY DAMAGE FIX
KINGWOOD CITY 77345
PHONE ATTACK - INVOICE 2019 YR - 101 / STORES" WE DONT OWE MONEYS / RETAIL FR... CHARGES FOR CRIMINAL TRESS... OF ROBBERY / ATTACK INJURY PHONE ATTACK / DRUGS INF...

CIVIL AFTER HOURS 2019 MAR 31 PM ...

RANDALLS FRAUD TO PAY $ 50'000.000.00
WHATABURGER FRAUD TO PAY $ 50'000.000.00
MACDONALDS TO PAY FRAUD $ 50'000.000.00
$1 = DOLLAR FLOOR / MANY | FIESTA STORE FRAUD TO PAY $ 50'000.000.00
CVS - FRAUD TO PAY $ 50'000.000.00
CHURCHS CHICKEN FRAUD TO PAY $ 50'000.000.00
POPEYES FRAUD TO PAY $ 50'000.000.00
MACDONALDS FRAUD TO PAY $ 50'000.000.00
FRAUD BY DAYRY LAND - 306 CAVALCADE TO PAY $ 50'000.000.00
WALMART FRAUD TO PAY $ 50'000.000.00
MEDICAL FRAUD
MEMORIAL HERMAN TO PAY FRAUD $ 50'000.000.00
METHODIST HOSPITAL FRAUD TO PAY $ 50'000.000.00 / DID NOT STOP ... DOCTORS | RETURN ... WITH EMPLOYE... NO MEDICAL CE...
MD ANDERSON HOSPITAL FRAUD TO PAY $ 50'000.000.00 HAVE NOT SEEN DOCTOR)
FONDREN ORTHOPEDIC HOSPITAL FRAUD TO PAY IN DRS $ 50'000.000.00
(MEDICAL) HOUSTON EYE - JEWS DOCTOR FRAUD TO PAY $ 50'000.000.00
CHILDREN HOSPITAL FRAUD TO PAY ST LUKES
BAYLOR HOSPITAL TO PAY HOUSTON HEALTH $ 50'000.000.00
HARRIS HEALTH TO PAY / EXPERIM. $ 50'000.000.00
THE UT - THE TEXAS UNIVERSITY FRAUD / EXPERIM. $ 50'000.000.00
HAVE NOT BEEN ON THIS HOSPITALS — AT HOSPITALS / STUDENTS ATTACK / $ 26 BILLIONS / PHONE INJU...
ST JOSE HOSPITAL TO PAY FRAUD — $ 50'000.000.00
HOUSTON COMMUNITY COLLEGE FRAUD - $ SYLVESTER TURNER TO PAY FRAUD
CITY OF HOUSTON MAYOR ANNISA PARKER $ 26 BILLIONS / INJURYS TO CHILDRENS / ATTACKS LAVERY ... MEDICAL FRAUD SLAVERY
JAMES RICHARD PERRY TO PAY FRAUD $ 26 BILLIONS / MEDICAL FRAUD SLAVERY
FRAUD GEORGE W BUSH / GEORGE H W BUSH $ 26 BILLIONS / MEDICAL FRAUD / ... WITH DOGS ED EM MEAT
GEORGE P BUSH / JEFF BUSH FRAUD $ 50'000.000.00 / ATTACK INJURYS / $5 ON FLOOR / RETU...
RICE UNIVERSITY TO PAY FRAUD $ 26 BILLIONS ... 50'000.000.00 DOLLAR / $20 / ...
41 VIRGENS PAUL RYAN / TOMCOTTON / RANDPAUL $ 26 BILLION FRAUD / ATTACK IN PHONES / INJ...
FRAUD JUST A DOLLAR BUDGET - 901 MAIN ST $ 26 BILLIONS FRAUD WITH METRO UNION / INSU...
FRAUD LAW LIBRARY / VINCE RYAN / MARIAN MUNSEARS $ 26 BILLIONS FRAUD / INJURY / PHONE ATTAC...
... METRO POLICE ... $ 26 BILLIONS FRAUD / INJURY / ROBBERY / PH... BOOKS

CAN YOU GIVE ME APPOTMENT FOR MONDAY OR [illegible] WE

(2) INJURY LEGS/ [illegible] / FINGERS EYES / HANDS IN MOUTH/LOW PART ETC

FROM NELLY URIBE
832 374 3612

MR GATIKOS

Yesterday CAME HOME and AS I WAS IN BATHROOM A MAN WAS THERE ATTACK ME REMOVAL UNDERWEAR Illegal SEARCH I LITSEN A NOISE OF DOORS ON CEILING But CAN NOT LITSEN I WAS TOLD METRO DRIVERS UNION ARE TRY TO KILL US WITH DRUGS AS I DRINK I WAS TERRIBLE SICK STOMACH CACA - CACA THIS HAPPEN EVERY DAY CHILDRENS ADVISE IS METRO Police Drivers / Houston Police Security Joe SPRING LAW LIBRARY ED EMMET HAS PAID ALL ARTS TO ATTACK US WITH HARVEY MONEY THEY SAID IS DONALD TRUMP ORDERS WITH GEORGE P Bush / GW Bush / Jeff Bush Cecilia Martinez / Chase Bank WF BANK IN CRIMINAL TRESPASS WITH HEP - Alan Rosen

† 42 $ 1983
EA AVERMENT
$ 26 BILLION
EA Defendant
Ply LAWYERS
$ 10'000-000.00
BOND DEPOSIT $ 500'000.000
BEFORE TRIAL DEPOSIT IBERIA BANK

DAMAGES / CONTINUO INJURYS

[illegible] CRIMINAL TRESPASS / INJURY - METRO DRIVERS UNION TO PAY $ 26 BILLION

Attack

AFTER HOURS FILING FILED 2019 AUG 25 PM 12:05

AFTER HOURS FILING FILED 2019 AUG 25 PM 12:03

2019 AUG 25 PM 12:02

FILED 2019 SEP -7 PM 7:59

6

FAX 713-250 5503
VIOLATION T42 $ 1983, 85 FHLAW
2012 47068
975831
2014-26571
US SUPREME COURT WA DC
SONIA SOTOMAYOR
REF SECURITY JOE SPRUNGE
WESTERN UNION CHECK ROBBERY

8/29/19 YM
8323743612 FROM NELLY URIBE & SON
WALTER URIBE & FAMILY
2410 ELKCREEK KINGWOOD 77345
V
STATE OF TEXAS GREG ABBOTT
RICK PERRY / DONALD TRUMP
POLICE / METRO POLICE
Defendant ET ALL

HAS REQUESTED MILITARY COURT
IN THE U-S CONGRESS / US SENATE / FBI / CHRISTOPHER WRAY
MOTION REQUESTING FEDERAL WARRANT IN ARREST
TO SECURITY JOE SPRUNG AT HARRIS COUNTY LAW LIBRARY
CHARGES / ROBBERY ASSAULT M/O $ 50-00 - WESTERN UNION
(1) CRIMINAL TRESPASS INTO OUR APT FAMILY HOME
(2) IN ALL SECURITYS HIS ORDERS STERLING / ED EMMETT /
DONALD TRUMP / STEAL DOCUMENTS / BOOKS / MATT ART JOURNAL
(4) INJURY OUR BODYS / EYES / LEGS / HANDS IN MOUTH
(5) DAMAGE OUR TEETHS / HANDS IN OUR EARS
(6) DAMAGE OUR FOOD IN REFRIGERATION - WITH ALAN ROSEN
(7) INJURY OUR STOMACHS / BODY / LEGS WITH ALL DEFENDANTS
(8) DEVICES IN APT WITH CRIMINAL CONSPIRACY
(9) WITH METRO POLICE / DRIVERS / Houston POLICE / TORT
(10) BRAKE WINDOWS / DOORS / CEILING WITH REMOVAL DOORS
(11) SECURITY AT FIESTA STORES; PRESENTLY IN USE
(12) IN OF BLACKS GROUPS AT CORNER BELLAIRE / HILLCROFT
HE HAS RECEIVED SUBPOENA ISSUED BY US
~~IN ATTACK AT NIGHT.~~ 24 HRS CRIMINAL PERSECUTION
WE DONT KNOW THIS PERSONS NEWER
~~SEEN~~ ED EMMETT / JOE SPRUNG WORKS AT
LAW LIBRARY HE CLAIMS HAS ORDERS FROM
(A) DA VINCE RYAN (B) MARIAN SERRAS (C) MAYOR
PRESIDENT (D) DONALD TRUMP (E) GEORGE & BUSH & FAMILY
HE WORKS IN CRIMES
47 VIRGENS) TO KILL US DURING SLEEP 128 / 130 AND MANY MORE
WITH APTS 119 / 120 / ILLEGAL RADIATION MD ANDERSON / MAYOR
FIESTA CAR IN 24 HRS
POLICE (F) ATTACK BY PHONES AT STREETS / STOPS / RESTORANTS
(G) DEFAMATION ... METRO WORKERS AS HE WORK ... METRO

2019 AUG 32 PM 7:50

NELLY URIBE/FAMILY
2410 ELK CREEK KINGWOOD 77345
8323743612

PETITION/CERTIORARI EMOTIONAL MALUM FRAUD

U S SUPREME Court WA DC GARY OWE
SONIA SOTOMAYOR/CRIM COURT APPEA RICK PERRY/KEN PA
US Court Federal Claims/AMY BERMAN
TO HCP - RORY OLSEN/ HUTY
HCSH - 2800 MCGREGOR HUTY

PLAINTIFF REQUEST STOLEN WRITINGS ART MA BOOK/COMIC BOOKS/KEYS FRCP-50 CANCEL ORDERS AGAINST PETITION AND FAMILY

MOTION TO SET ASIDE CANCEL FRAUD HEALTH ORDERS FILE HCP - RORY OLSEN HCSH - MCGREGOR/HARRIS HEALTH

NELLY URIBE/WALTER URIBE FMILY/CHILDRENS

AGAINST V - FIRE STATE OF TEXAS/GREG ABBOTT
ED EMMETT / RICK PERRY
Court/HARRIS COUNTY JUVENILE LAW - 3 - 133 - 190 - 295 / DONALD TRUMP / TED CRUZ
FAMILY COURT / CITY OF HOUSTON
HARRIS COUNTY HARRIS COUNTY Flood Mgmt ENGINEERS / SYLVESTER TURNER
IN HOUSTON POLICE BRUTALITY
US DISTRICT COURT/METRO POLICE/LAW LIBRARY
XYL PROPERTY VINCE RYAN MARYANN SEARS
FRAUD SECURITY JOE SPRUNGE LTON / REX TRILLERSON / GEORGE P BUSH / GEORGE W BUSH / JEFF BUSH / G. H.W BUSH
MD BTORRES TORRESS / MD ANDERSON
MEMORIAL HERMANN / METHODIST
UNIV OF HOUSTON / RICE UNIV
ST LUKES/CHILDRENS HOSPITAL/STUDENT
THE TEXAS UNIV/HC COLLEGE / MARIA OBAM

FRCP 50
REQUEST CANCEL SET ASIDE ORDERS AGAINST NELLY URIBE/WALTER URIBE AND FMILY/CHILDREN NOT RCVD. FRAUD IN DEFENDANTS WE DONT KNOW THIS DOCTORS OR HOSPITALS LISTED AND NOT LISTED. PETITIONER HAS NOT SPEAK TO THIS DOCTORS NOT FAMILY. RETAIL FRAUD

COURT ORDER FRCP-50, 60

THE COURT AFTER READING PETITIONER MOTION TO VACATE HEALTH FRAUD ORDERS IN VIOLATION DUE PROCESS, MAGNA CARTA. THIS COURT GRANTS PETITIONERS MOTION TO VACATE SET ASIDE HEALTH FRAUD ORDERS AGAINST PETITIONERS, FAMILY, SON WALTER URIBE AND CHILDREN THIS COURT ORDER DEFENDANTS TO PAY DAMAGES & CLAIMS/ $50'000.000.00 EA PLUS LAWYERS $10'000.00 ORDER TO PAY $100'000.000.00 EA DEFENDANT STOP RETAIL FRAUD FOR STOLEN ART MATH BOOKS/COMIC BOOKS ANTIQUES BOOKS/DOCUMENTS GOV. SECRETS OF WALTER URIBE HOME/LOCKER OF NELLY URIBE/PLUS $10'000.000.00 LAWYERS FEES, ORDER RETURN STOLEN APT HOMES KEY ORDER POLICE/METRO/LAW LIBRARY/HCP Mgr. MGN- STERLING POINT/ED EMMETT/STATE OF TEXAS STOP CRIMINAL TRESPASS INJURY/TORT/SLAVERY ... FIRE DEPT/CITY HOUSTON

| Amount | Service Fee | Processing Fee | Balance |
|---|---|---|---|
| 200.00 | 0.00 | 0.00 | 200.00 |

FORMATION - PLEASE READ

sed.

Order and it no longer has any value. If the Money Order is found,

been deducted from your refund check so that we could rush the

er has not been used or cashed within one (1) year of the purchase
harge listed above has been deducted from your refund check.

Total: 200.00
Check No.: 81 - 0052847406
Date: 05/24/2018

ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK. HOLD AT ANGLE TO VIEW SEAL

ARGO BANK
tion - Downtown
tion, Colorado

CHECK NO. 81 - 0052847406
DATE: 05/24/2018
M/O#: 17-616697251
REF#: 052418-78198-0

82-40
1021

U.S. DOLLARS
**200.00**

Authorized Signature

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

00400: "708 10052847406"

---

| Date | | | Amount | Service Fee | Processing Fee | Balance |
|---|---|---|---|---|---|---|
| 5/24/2018 | 17-724749088 | 052418-78194-0 | 100.00 | 0.00 | 0.00 | 100.00 |

## IMPORTANT INFORMATION - PLEASE READ

Dear Money Order Purchaser:

A refund for the Money Order we traced for you is enclosed.

A stop payment has been placed on your original Money Order and it no longer has any value. If the Money Order is found, it should be destroyed. Please do not attempt to cash it.

If you did not enclose the required processing fee, it has been deducted from your refund check so that we could rush the processing of your request.

Pursuant to terms of Service Contract, if the Money Order has not been used or cashed within one (1) year of the purchase date, a service charge will be deducted. The Service Charge listed above has been deducted from your refund check.

Sincerely,

Western Union Financial Services Inc.
Toll Free #1-800-999-9660

**Vendor:** NELLY URIBE
**Vendor ID:** URIBEN
**Document:** MO REFUNDS-US

**Total:** 100.00
**Check No.:** 81 - 0052849548
**Date:** 05/24/2018

THIS CHECK IS VOID WITHOUT A BLUE & PURPLE BACKGROUND AND AN ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK. HOLD AT ANGLE TO VIEW SEAL

Western Union
PO Box 6532
Englewood, Co 80155-6532

WELLS FARGO BANK
Grand Junction - Downtown
Grand Junction, Colorado

CHECK NO. 81 - 0052849548
DATE: 05/24/2018
M/O#: 17-724749088
REF#: 052418-78194-0

82-40
1021

PAY: ONE HUNDRED AND 00/100 DOLLARS

U.S. DOLLARS
**100.00**

To The Order Of
NELLY URIBE
2410 ELK CREEK
KINGWOOD, TX 77345

Authorized Signature

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

"0329" :102100400: "708 10052849548"

STOLEN BATHROOMS FIESTA STORE HILLCROFT BELLAIRE
NO 1 Western Union $200.00 1/17/18 yn
NO: [illegible] 7251 (Refund Fio 2/16/18)
ISSUED TO NELLY URIBE
2410 ELK CREEK KINGWOOD TX 77345
ENDORSED TO BANK ACT [illegible]

STOLEN FIESTA [illegible]
Western M/O NO: 17-724749089
$80.00 ISSUED TO [illegible] CASH
SIGN N [illegible] 2410 ELK CREEK
KINGWOOD 77345

STOLEN [illegible] EXPRESS [illegible]
M/O WU UNION NO 1723 10 78 499 9/3/15 yn
$50.00 PURCHASE
Western Union HAS NOT
PAID CLAIM [illegible] URIBE 2410 ELK CREEK

TO WESTERN UNION
CLAIMS
P.O BOX 7030

NO-1
NO-2
NO-3

NORTH HOUSTON TX 773
APR 2018 PM 5 L

REQUEST PAYMENT

PM

2019 SEP -7 PM 7:59

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0055 |
| RECIPIENT ADDRESS | 7132505503 |
| DESTINATION ID | |
| ST. TIME | 08/30 18:39 |
| TIME USE | 00'35 |
| PAGES SENT | 1 |
| RESULT | OK |

8/29/19 YM

12374361? FROM NELLY URIBE R SOD
WALTER URIBE L FAMILY
2410 ELKCREEK KINGWOOD 77345

STATE OF TEXAS GREG ABBOTT
RICK PERRY / DONALD J TRUMP
POLICE / METRO POLICE
Defendant ET ALL

FAX 713-250 5503
VIOLATION T42 $1983, 85 FHLAWS
2012-47068
975831
2014-26571
US SUPREME COURT WA DC
SONIA SOTOMAYOR
REF SECURITY JOE SPRUNGE
WESTERN UNION CHECK ROBBERY

IN THE U-S CONGRESS / US SENATE / FBI / CHRISTOPHER WRAY
MOTION REQUESTING FEDERAL WARRANT IN ARREST
TO SECURITY JOE SPRUNGE AT HARRIS COUNTY LAW LIBRARY
CHARGES / ROBBERY ASSAULT M/O $ 50-00 - WESTERN UNION
(1) CRIMINAL TRESPASS INTO OUR APT FAMILY HOME
(2) IN ALL SECURITY'S HIS ORDERS STERLING / ED EMMETT /
DONALD TRUMP) STEAL DOCUMENTS / BOOKS / MATH ART JOURNAL
(4) INJURY OUR BODYS / EYES / LEGS / HANDS IN MOUTH
(5) DAMAGE OUR TEETHS / HANDS IN OUR EARS
(6) DAMAGE OUR FOOD IN REFRIGERATION - WITH ALAN ROSEN
(7) INJURY OUR STOMACHS / BODY / LEGS WITH ALL DEFENDANTS
(8) DEVICES IN APT WITH CRIMINAL CONSPIRACY
(9) WITH METRO POLICE / DRIVERS / Houston POLICE / TORT
(10) BRAKE WINDOWS / DOORS / CEILING WITH REMOVAL DOORS
(11) SECURITY AT FIESTA STORES; PRESENTLY IN USE
... AT CORNER BELLAIRE / HILLCROFT ... BY US





9

WESTERN UNION MONEY ORDER

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado  Englewood, Colorado

Fiesta (ISSUING AGENT)

A 612541 D 081612
T 0929 09
145521415346 L 000017

14-552141534

$ 30.00

PAY EXACTLY THIRTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF  PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS NELLY URIBE
P.O. Box 524374 HOUSTON TX 77052

⑆102100400⑆ 4014552141534 6⑈

NOTICE Do not cash this Money Order for any person from whom you are not able to recover your payment. Should this item bear any unauthorized signature, be stolen, improperly completed, or altered, issuer will either stop payment hereon or charge back against any endorsement. For customer service, call 1-800-999-9660. Intended for domestic use only. Western Union Money Order and Design is a service mark of Western Union Holdings, Inc.
Warning - do not cash check without noting true watermark. Hold up to light to verify presence of watermark.

SERVICE CHARGE
If this Money Order is not used or cashed (presented for payment) within one (1) year of the purchase date, there will be a non-refundable service charge applied (where permitted by law). The service charge will be deducted from the amount shown on the Money Order. The service charge is fifty cents (50¢) per month from the date of purchase, not to exceed forty-two dollars ($42) or, if such charge exceeds the maximum amount permitted by law, the maximum amount permitted by law.

1246649860

6204223763L

**Money Order Tracer Correspondence**

The attached photos indicate this Money Order was cashed. The payee's endorsement should be located on the back. This should enable you to receive proper credit for your payment.
If it appears this item has been forged or altered in any way, please call immediately 1-800-999-9660.
If you notice any difference between the imprinted (purchase) amount and the micr-encoded (cashed) amount, notify the payee to investigate the error.

| Paid Loc: | 109 | 9900 | 01 | | MO# | 14552141534 |
|---|---|---|---|---|---|---|
| | COLL NUM | WORK DAY | BATCH NUMBER | SEQUENCE | REF | 052418-78193 |
| | | | | | SEQ# | 052418-50001 |

NELLY URIBE
2410 ELK CREEK
KINGWOOD TX 77345

AMOUNT = $ 30.00

WESTERN UNION MONEY ORDER

17-724749089

$ 80.00

PAY EXACTLY EIGHTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF Harris County ...

PURCHASER'S ADDRESS NELLY URIBE
2410 ELK Creek Kingwood 77345

Money Order Tracer Correspondence

NELLY URIBE
2410 ELK CREEK
KINGWOOD TX 77345

AMOUNT = $ 80.00

WESTERN UNION MONEY ORDER

17-231098499

$ 50.00

PAY EXACTLY FIFTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF TDCJ - PP

\# 637039

FOR DEPOSIT ONLY
TDCJ

Money Order Tracer Correspondence

NELLY URIBE
2410 ELK CREEK
KINGWOOD TX 77345

AMOUNT = $

AFTER HOURS FILING FILED

2019 SEP -7 PM 8:01

AFTER HOURS FILING

*** TX REPORT ***

TRANSMISSION OK

2019 SEP 30 PM 7:40

| | |
|---|---|
| TX/RX NO | 0108 |
| RECIPIENT ADDRESS | 17132505503 |
| DESTINATION ID | |
| ST. TIME | 09/20 14:31 |
| TIME USE | 00'43 |
| PAGES SENT | 1 |
| RESULT | OK |

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
OCT 8 2019
CHRISTOPHER A. PRINE
CLERK

9/12/2019 YR 2012-41068 - 975831 / 2014-26571 / SHONALI MAJUMDAR

DRB 31C ARSON FRAUD!

US SUPREME COURT - SONIA SOTOMAYOR / JOHN ROBERTS
US FEDERAL TRADE COMMISSION / NY - ASSAULT / ROBBERY / KILL
UNITED STATES PENTAGON - FROM: NELLY ...
SENT TO SEE INVOICE ATTACH - PLUS PENALTY MONTH. $26 BILLION ...
TO THE U.S CONGRESS / U.S SENATE / CRIMINAL TRESPASS / FBI / CHRIS ...
REF HANDS IN MOUTH - BRAIN / EARS / EYES / LEGS / BODY

DEMOCRATS / NANCY PELOSI — REPUBLICANS / DONALD J TRUMP / STATE OF TEXAS GOV

WE AM RETURNING TO YOU YOUR "ARM" "HAND" FROM YOUR KILLERS / WF & CHASE BANK CRIMINAL COURT - KING 066 HOUSTON POLICE / ART ACEVEDO SHERIFF / ED GONZALEZ HC SUPERVISORS / ADRIAN GARCIA HARRIS COUNTY PROBATE RORY OLSEN HARRIS COUNTY PRESCINT ONE / ALAN ROSEN HARRIS COUNTY LAW LIBRARY / HISD VINCE RYAN / JOE SPRUNGE ... / MILAN OBAMA CITY OF HOUSTON LESBIAN ORG. ANNISA PARKER / HILARY CLINTON SYLVESTER TURNER / BARACK OBAMA UNIV. OF HOUSTON - LESBIANS BLACK GROUPS / FEDEX / UPS PLS ORDER TO REMOVE THEIR DIRTY ASS FROM MY APT. FAMILY HOME / SAN MARCOS DEFENDANT FROM BATHROOM. DOORS / CEILING WINDOWS. METRO POLICE ATTACK REMOVE YOUR KILLERS IN ILLEGAL SALE IN MOVIES BOOKS / TOYS IN HOUSTON FILMING COMMISSION

MY FAMILY HAS BEEN ILLEGALLY KILL FOR STOLEN PROPERTY REQUEST TO RETURN STOLEN ITEM ART MATH JOURNAL - MY INVENT ... COLLECTION COMIC BOOKS ALL OUR DOCUMENTS PHONE ATTACK 24 HRS STOP THE MAYOR SILVESTER TUNNEL ILLEGAL RADIATION TO KILL US IN SLEEP. VINCE RYAN WITH POLICE ... FIRE DEP. ATTACK CHEMICALS HOSES. RETAIL FRAUD BY ...

REQUEST YOU TO RETURN MY CLEAN UNDERWEAR YOUR MANS IN ILLEGAL HOLD IN OUR APT BATHROOM UNTIL (9/11/19) YESTERDAY REMOVAL MY UNDERWEAR ... STOP METAL ATTACK WITH YOUR KILLERS DEFAMATION INJURY EYES / HEAD / BRAIN LEGS FINGERS. STOP YOUR GAS / MECHANICAL CHEMICALS. STOLEN KEYS CHASE FROM YOUR DOG / PORK WF BANK / MAYOR ... JAMES RICHARD PERRY / RICK PERRY GEORGE W. BUSH / METRO THOMAS LAMBERT / DRIVER GEORGE H. BUSH - SALE WATER ARSENIC ... JEFF BUSH / PHONE ATTACK 24 HRS GEORGE HW BUSH / MANS METRO POLICE / DRIVER ED EMMETT WITH SYLVESTER TUNNER / POLICE STATE OF TEXAS / GREG ABBOTT / SECURITY ... IN HARRIS COUNTY DEATH PATROLS / TROOPERS MITT ROMNEY WITH "ARM" DEFAMATION ... TED CRUZ - GIVEN MY BOOK STOLE ... NASA AND OTHERS / ANNISA PARKER SAN MARCOS / CENTER ... / MASON DEVILLE HARRIS COUNTY SUPERV. JACK CAGLE ... JACK MORMAN / ALAN ROSEN ... CITY COUNSEL ALL ARE IN POLICE ... CRIMINAL TRESPASS / COMCAST AT&T ... WITH TROOPERS / SECURITY / ED EMMETT JOE SPRUNGE / FIRE DEPT. ATTAC ... HARRIS COUNTY JUVENILE COURT / CRIMINAL COURT TOM BROOKS. / METRO DRIVERS ... RICE UNIVERSITY / HOMES / HISD WITH HCC - STUDENT IN BLACK GROUPS CRIMES. RETURN ALL OUR WRITTING / POLICE / METRO RAND PAUL / 47 VIRGEN'S / REQUEST TO RETURN TOM COTTON, ... JOURNAL COMIC BOOKS COLLECTION. KEYS ... ILLEGAL ... LEARNING CENTERS (HUNTING ... HARRIS COUNTY SUPERVISERS HARRIS COUNTY UTILITIES PROPERTY

AFTER HOURS FILING
2019 SEP 12 PM 7:19

*** TX REPORT ***
AFTER HOURS FILING

2019 SEP 30 PM 7:40

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0107 |
| RECIPIENT ADDRESS | 17132505503 |
| DESTINATION ID | |
| ST. TIME | 09/20 14:27 |
| TIME USE | 00'34 |
| PAGES SENT | 1 |
| RESULT | OK |

9/12/19 YN - NELLY ARIDE (PH 832-3743612

U-S SUPREME COURT SONIA SOTOMAYOR / JOHN ROBERTS
U-S CONGRESS / U-S SENATE / FBI / US PENTAGON
PRESIDENT OF COLOMBIA / VAN DUCHE HOUSTON
NO TICKETS NO COURTS / POLICE BRUTALITY / METRO / DONALD TRUMP

(1) COPYRIGHT VIOLATIONS ROBBERY ATTACK Request Bank DEPOSITS W/ CHASE / IBERIA $26 BILLION EA BOOK SALE IN EA BANK

(2) Randall FRAUD $26 BILLION TO BE PAY Donald Trump / DEPARTMENT GREG Abbott State Texas / Police / METRO Randall To PAY $26 BILLION

(3) Violation Miranda LAWS / Free Speech DUE PROCESS VIOLATION Amend 1-14-13-5-6-7-8 Housing 26 Billion LAWS.

(4) Request EA Defendant TO PAY $26 BILLION ATTACK INJURYS

Hate attack - $26 Billion EA Defend. INCLUDING JEB BUSH / GEORGE BUSH / POLICE / METRO / ALAN ROSEN / HCP / AND Defendants

(5) EA DOCUMENT and Books USED WITH COMIC BOOKS MOVIES TO PAY $26 BILLION EA

(6) LENS TO BE PAY $1014750000.00 SUN MEXICO

(7) INJURYS TO OUR CHILDREN $90 MILLION

(10) Request all Money Deposit Chase Bank / WF Bank / FIRST Bank, Acacia Bank OTHERS Bank Banks

(11) COPYRIGHT Violation $26 BILLIONS TO BE return TO US From OUR BOOKS / MATH / COMIC BOOKS STOLEN / MATH JOURNAL

(12) WF Bank to Pay Fraud WITH debit cards $500'000.000.00 Plus Lawyers cost.

(13) STATE OF TEXAS / GREG ABBOTT Rick Perry / Donald Trump TO Remove Police / Student METRO Police / LAW ENFORCE. From OUR BROTHER AND Pay damages $26 BILLION Chinese Tragedies and Current Both.

STOP ATTACKS JAKHORNIAK. STEVE RAY... [illegible]

SC MK-9 FORMS
FORM NO: SC: 114.1
PETITION FOR CERTIORARI - CRIMINAL CASE
NO!
CASE 2014-71915 959447 EV-726-0037758
CASE 2012-41068 2013-74222 2014-71845 975831 2014-26571

IN THE US SUPREME COURT OF THE UNITED STATES

REQUEST JURY OF PEOPLE
NELLY URIBE AS NELLY RURIBE PH 832 374 3612
C/O 2410 ELK CREEK HOUSTON TX 77345
FOR PROTECTION OF INJURY HER FAMILY
CHILDRENS B TORRES (C) E TORRES (D)
WALTER URIBE (48) AND FAMILY MEMBERS
URIBE AND RODRIGUEZ
PETITIONER CLAIM $1014' 150,000.00 SAM MARCOS PLUS INVOICES DUE, PLUS LAWYERS COST PY $800,000.00

V

(1) JAMES RICHARD PERRY (NAME OF PARTY GOVERNOR
(2) CITY OF HOUSTON / ANNISA PARKER
(3) VINCE RYAN / DISTRICT ATTY
(4) HOUSTON POLICE / CHARLES MCCLELLAND
(5) METRO POLITAN TRANSIT AUTHORITY OBAMETRO POLICE
(6) GEORGE SCHERFF CORP
(7) JEFF BUSH / SCHERFF CORP. ADRIAN GARCIA SHERIFF
(8) GEORGE WALKER BUSH
(9) GREG ABBOTT / THE STATE OF TEXAS
(10) HARRIS COUNTY SUPERVISERS / ED EMMETT / FRANCO LEE
JACK MORMAN
(12) ALAN ROSEN / KW WILLIAMS / HARRIS COUNTY PRECINCT ONE
(13) SAM MARCOS APTS SHONALI MAJUMDAR / CRISTINE ENERGY
47 VIRGENS REPUBLICANS - PAUL RYAN - MR RAND PAUL KORY
PETITION FOR CERTIORARI
AS THE DEFENDANTS AND LAWYERS FAIL TO ANSWER LEGALLY
COUNSEL OF RECORD FOR JAMES RICHARD PERRY (GOV)
KEN PAXTON ATTY GEN - P.O BOX 12428 AUSTIN TX 78711
RESPONDENT MR PAUL RYAN SPEAKER 47 VIRGENS REPUBLICANS
MR RAND PAUL CO KY. COPY FBI / INVESTIGATION GROUP JAMES COMEY, LAW LIBRARY HOUSTON CRIMINAL CONSPIRACY FROM FRAUD SECURITY MR JOE STRANGE / MARIANN SEARS / TONY GREEN - RESPONDENTS
IN ILLEGAL USE OF ALL BLACKS COMMUNITY TO ATTACK INJURY PLAINTIFF HANDICAPT / INJURY EYE / BODY LEG IN ALL HER FAMILY INJURYS, VIOLATION OF AMEND-1 DUE PROCESS 742 $1983, 85 AMEND-4-13-14-7
ON WRIT OF CERTIORARI TO THE
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT - CHIEF EDITH HOLLAN JONES 600 CAMP ST NEW ORLEANS LA 70130 F - 713-250 5017
RESPONDENT D/A DEVON ANDERSON CRIMINAL COURT 1202 FRANKLIN - HN
THIS FORM WAS. SAM MARCOS TO PAY LIEN $1014 150,000.00 EA DEFENDANT TO DEPOSIT BOND MORTGAGE OF $500'000.000.00 AT IBERIA BANK BEFORE TRIAL.
REF: CHEMICALS IN BRASSIER - UNDERWEAR

1018 1.9 YR
1018/19 YR - SLAVERY $500'000.000.00 DAMAGES
FAX 713-222 3409
COPY TO THE GRAND JURY / 1001 PRESTON / HOUSTON TX 77002
COPY TO COLOMBIA PRESIDENT - IVAN DUQUE 2400 AUGUSTA HNTX TO FBI / CHRISTOPHER WRAY / JAMES COMEY / ICE
REF: IMPEACHMENT INQUIRY / MR ADAM SCHIFF / INTELLIGENCE AND ELIZABETH WARREN: U.S CONGRESS / DONALD J TRUMP
ENCLOSED DOCUMENT FILE APPEALS COURT - KILLERS IN COURT
PETITIONERS: NELLY URIBE / WALTER URIBE & FAMILY CHILDRENS / E TORRES / B TORRES PH 832-374 3612

MOTION FOR SANCTIONS / PENALTIES / ROBBERY / ASSAULT CRIMINAL TRESPASS / INJURY / METAL PHONE ATTACK 24 HRS. VIOLATION 742 $1983, 85 FA LAWS, METRO POLICE / POLICE TRY TO KILL US WITH MAYOR IN TO FBI / FRAUD / BANK CARD WF BANK IMPEACHMENT INQUIRY

(A) WAS NOTIFIED WF BANK ILLEGALLY USE MY BANK CARD IN DEFAMATION OF MY GOOD NAME AND FAMILY NAME WITH CHASE BANK / BANK AMERICAN WITH DEFENDANTS VINCE RYAN / LAW LIBRARY HOUSTON JOE SPRUNGE / SECURITY / HOUSTON POLICE ART ACEVEDO / SHERIFF ED GONZALES / ADRIAN GARCIA METRO POLICE / DRIVERS DEFAMATION FRAUD ORDERS DONALD J TRUMP TO PAUL MANAFORT, & RICK PERRY MICHAEL COHEN IN ALL COMPUTERS WITH RANDALLS STORES IN HOUSTON FAX 713-349 2164 / ED EMMETT WE DONT OWE MONEYS TO STORES GAS STATIONS / METRO

REQUEST SANCTIONS / PENALTIES / STOLEN PROPERTY. WF BANK TO PAY $500'000.000.00. ED EMMETT 26 BILLION CHASE BANK $26 BILLION BANK AMERICA $26 BILLION VINCE RYAN $26 BILLION JOE SPRUNGE $26 BILLION HOUSTON POLICE ART ACEVEDO $26 BILLION METRO POLITAN TRANSIT AUTH / METRO POLICE / DRIVERS $26 BILLION SHERIFF / ED GONZALES / ADRIAN GARCIA $26 BILLION RANDALLS STORES $26 BILLION

STOLEN REF: CITY OF HOUSTON - SYLVESTER TURNER PENALTIES / SANCTIONS STOLEN OUR ART MATH JOURNAL / BOOKS / COMIC BOOKS COLLECTION ANTIQUES COMIC BOOK: REQUEST $26 BILLION DUE PENALTIES FROM SEPT D 2019 TO OCT-D 2019 YR. BE PAY STATE OF TEXAS GREG ABBOTT / DONALD J TRUMP - STOLEN ART / HOME KEYS REQUEST ALL ITEMS STOLEN BE RETURN IMMEDIATELY WITH ART / HOME KEYS THE ART MATH JOURNAL BOOKS / WRITINGS / COMIC BOOKS ANTIQUE COLLECTION: KIM OGG TO PAY $26 BILLION STOLEN OUR DOCUMENTS AT COURT FINING BASKET SHE PRINT ILLEGALLY BOOKS. GEORGE P BUSH $26 BILLION H.I.S. HOUSTON INDEPENDENT SCHOOLS TO PAY $26 BILLION STOLEN PROPERTY. ALAN ROSEN $26 BILLION CITY OF HOUSTON SYLVESTER TURNER TO PAY $26 BILLION EA BOOK / DOCUMENT / STOLEN FROM OUR ART CRIMINAL TRESPASS WITH ALL DEFENDANTS WITH POLICE / METRO POLICE / ED EMMETT CITY OF HOUSTON MAYOR, RICE UNIV. TO PAY $26 BILLION WITH HOMOXEXUALS HC COLLEGE $26 BILLION AND UNIV. OF HOUSTON $26 BILLION EA DEFENDANT WITH TED CRUZ $26 BILLION HARRIS COUNTY $26 BILLION ALL HOSPITALS,

INJURYS TO WALTER URIBE / NELLY URIBE / CHILDRENS E TORRES B TORRES 5 (IN)
A) SLAVERY BY DONALD J TRUMP IN TORT WITH METAL 24 HRS A DAY $500'000.000.00 PUNITIVE DAMAGE
B) REMOVAL UNDERWEAR LAST WEEK PUT IN METROCARDS AT LOW PART (C) HANDS IN MOUTH (D) EYES (E) EARS (F) BRAIN (G) LEGS / HANDS FINGERS (H) EARS (I) LOST HEARING RICK PERRY / GP BUSH IN USE OF KILLERS OF MY FAMILY IN CRIMINAL TRESPASS BY METRO POLICE / HOUSTON POLICE / JOE SPRUNGE & SECURITY (STERLING). PRIVATE POLICE ILLEGAL SEARCH / PERSECUTION) STATE OF TEXAS GREG ABBOTT

GEORGE P BUSH MAYOR

CENTER POINT / AT&T EA INJURY TO RT YOU PAY $26 BILLION CRIMINAL TRESPASS AT BATHROOMS REMOVAL DOORS WINDOWS BY TEXAS PATROLS / WITH DEFENDANTS EA DEFENDANT PAY $26 BILLION TORT INJURYS ALSO TO WALTER URIBE TO BE PAY $26 BILLION EA DEFENDANT (BLACKS CLEANERS) ALSO INJURYS / TORT / E TORRES AND B TORRES TO BE PAY $26 BILLION BY RICK PERRY / CRIMINAL PETITIONERS REQUEST $26 BILLION PAY BY EA DEFENDANT INCLUDING CENTER POINT / G.W BUSH / GHW BUSH VINCE RYAN JEBB BUSH / GP BUSH

"CPS" PHONE ATTACK 24 HRS ORDERS DONALD J TRUMP / $26 BILLION TO BE PAY BY EA DEFENDANT, INCLUDING SHERIFF ED GONZALEZ / ARM DEFAMATION / LAMAR HS METRO POLICE / ED EMMETT / HARRIS COUNTY / WF BANK / CHASE BANK - POLICE JOE SPRUNGE / LAW LIBRARY / VINCE RYAN / MARIANN SEARS / HISD / SCHOOLS / UNIV. SECURITY GEORGE P BUSH / ALAN ROSEN / PATROLS / STATE OF TEXAS GREG ABBOTT / CITY HOUSTON / MAYOR TURNER T MOBILE TO PAY $26 BILLION WITH EA DEFENDANT FIESTA STORES / RANDALLS CVS / HCC / WALGREENS / JUST A DOLLAR / ALL GAS STATIONS VALERO / SHELL CHEVRON EXXON / TEXACO / SUBWAY / UPS / FED EXPRESS / HISD - SCHOOLS / UNIV. / GOVERNOR ALL HOSPITALS THE UNIV. OF TEXAS / MD ANDERSON / METHODIST / ST JOSEPH / BAYLOR MEMORIAL HERMANN / RICE / UNIV OF HOUSTON / FONDREN ORTHOPEDIC HOSPITAL IVANKA TRUMP / VINCE RYAN / MAYOR SYLVESTER TURNER / POLICE / METRO POLICE IN ILLEGAL USE OF PHONES IN ATTACK US WITH SCHOOLCHILDRENS. JEBB BUSH WE DONT KNOW THIS HOSPITALS DOCTORS OR BELLAIRE GARDENS, NO MEDICARE WILL BE PAID TO MEDICAL FRAUD INCLUDING HARRIS HEALTH / FIRE DEPT AMBULANCE. ED EMMETT / HARRIS COUNTY FRAUD PUT HIM IN JAIL WITH JOE SPRUNGE

T 16 PM 4:19





PETITIONERS NELLY R URIBE 832 874 36[illegible]

WALTER URIBE & FAMILY MOTION TO FI[illegible]

THE HOUSTON POLICE CHIEF ART ACEVE[illegible]

SYLVESTER TURNER/TRESPASS/INJURY

PETITIONERS NELLY R URIBE/WALTER URIBE & FAMILY MOTION TO FIRE THE HOUSTON POLICE CHIEF ART ACEVEDO/SYLVESTER TURNER/TRESPASS

[illegible]

5/13/19 YR

AFTER HOURS

2019 OCT 16 PM 4:19

9/29/19 IN THE U.S SUPREME COURT SONIA SOTOMAYOR
FROM NELLY URIBE & FAMILY U.S FEDERAL COURT OF CLAIMS
8323143612 Amy BERMAN
2410 ELK CREEK KINGWOOD COLOMBIA PRESIDENT IVAN DUQUE

2019 SEP 30 PM 7:35
RECEIVED FIRST COURT OF APPEALS HOUSTON, TEXAS
OCT 8 2019
CHRISTOPHER A. PRINE CLERK

STATE OF TEXAS / GREG ABBOTT / DONALD J TRUMP U.S PENTAGON
GEORGE P BUSH / GEORGE H W BUSH METAL ATTACK AND
JEFF BUSS / POLICE ART ACEVEDO PHONE ATTACK 24 HRS
MR GUILMALDE POLICE CONTROL REQUEST $26 BILLION
METRO POLICE / ED EMMETT / FIESTA STORES EA DAMAGES BY EA DEFENDANT
Defendants ET AL FIRE SECURITY AT FIESTA

IN THE U.S TRADE FEDERAL TRADE COMMISSION CRIMINAL TRESPASS
T42 $1985.86 AMEND-1-14-5-2-8
PETITIONERS NELLY R URIBE / SON WALTER URIBE AND CHILDRENS REQUEST SANCTIONS AN THE REMOVAL OF SECURITY GUARD AT FIESTA STORES 4711 AIRLINE & BERRY ST HOUSTON TX SECURITY ALSO JOE SPRUNE ARE IN CRIMINAL CONSPIRACY IN ILLEGAL USE OF FIESTA SHOPPING CARS ATTACK US WITH METAL & THE MANAGER IN FIESTA MUST BE FIRE & THEY SAID IS ORDER OF DONALD TRUMP HOUSTON POLICE ART ACEVEDO AND MR GUNALDI / PHONE ATTACK IN ORDERS OF METRO POLICE AND CONOCO GAS STATION AIRLINE & BERRY WITH CITY OF HOUSTON MAYOR ALL ARE IN ILLEGAL METAL ATTACK WITH SHELL (GEO) GAS STATIONS WE DONT OWE MONEYS TO THIS GAS STATIONS WE NEWER ENTER TO CONOCO. REMOVAL IMMEDIATELY FROM OUR HOME $26 BILLION
REQUEST DAMAGES TO BE PAY BY FIESTA $26 BILLION PAY BY HOUSTON POLICE $26 BILLION
METRO POLICE $26 BILLION METROPOLITAN TRANSIT AUT / DONALD TRUMP $26 BILLION
CONOCO TO PAY $26 BILLION CHASE BANK $26 BILLION WF BANK $500'000.000.00
GEORGE P BUSH ORDERS $26 BILLION, SECURITY AND JOE SPRUNE
SHELL TO PAY $26 BILLION, VINCE RYAN $26 BILLION
TO BE PAY $26 BILLION, WE DONT OWE MONEYS TO STORES / GAS STATIONS
CALLING MEDICAL AMBULANCE WITH PHONE ATTACK
THEY AR USING GAME POLICE GAME IN COMPUTER / FIESTA 24 HRS STOP
THE GEORGE P BUSH / FMILY & THE TORTURE OF DONALD J TRUMP / RICK PERRY / SAN MARCOS APTS WITH GEORGE H W BUSH / GEORGE W BUSH / JEFF BUSH / ED EMMETT / STERLING IN USE OF CENTER POINT AND GEO SCOTT PROCHAZCA HOUSTON TX
REQUEST REMOVAL CENTER POINT / COMCAST FROM OUR HOUSE
THEY HIT US 24 HRS IN OUR APT - IN ELECTRICAL HIT WITH POLICE BELLAIRE GARDENS
METRO POLICE / CITY HOUSTON / STATE OF TEXAS GREG ABBOTT EA TORTURE INJURY
[illegible] DAMAGES $26 BILLION [illegible] TERRORIST ORGANIZATION [illegible]

FIRE DEPT / ADAM ROSER
EA TO PAY / EACH $26 BILLIONS / NO DOCTORS AND NO HOSPITALS
HANDS IN OUR HEADS WE DONT KNOW THIS HOSPITALS / WE DONT KNOW THEM
METHODIST / MEMORIAL HERMANN / ST JOSEPH / ST JOSEPH / HARRIS HEALTH
UNIV OF TEXAS SYSTEM / MD ANDERSON / BY LOW / HARRIS / UNIV TEXAS
BELLAIRE GARDENS

THE KILLERS OF OUR FAMILY INJURY / EARS / EYES / BODY / LEGS
EA INJURY TO OUR FAMILY YOU PAY $26 BILLION EA

911/2019 YR 2012-47068-915831 / 2014-26571 / CRIMINAL CLAIM

DR BEN CARSON FRAUD: US SUPREME COURT - SONIA SOTOMAYOR / JOHN ROBERTS
US FEDERAL TRADE COMMISSION NY - ASSAULT / ROBBERY / KILL
UNITED STATES - PENTAGON - FROM: NELLY URIBE
SENT TO: SEE INVOICE ATTACH - PLUS PENALTIES MONTH. $26 BILLION EA DEFENDANT
TO THE U.S CONGRESS / U.S SENATE / CRIMINAL TRESPASS / FBI / CHRW
REF HANDS IN MOUTH - BRAIN / EARS / EYES / LEGS / BODY

DEMOCRATAS NANCY PELOSI | REPUBLICANS / DONALD J TRUMP / STATE OF TEXAS / GOV.

WE AM RETURNING TO YOU YOUR "ARM" & HAND FROM: YOUR KILLERS / WF & CHASE BANK CRIMINAL COURT - KING 066 HOUSTON POLICE / ART ACEVEDO SHERIFF / ED GONZALEZ HC SUPERVISORS / ADRIAN GARCIA HARRIS COUNTY PROBATE RORY OLSEN HARRIS COUNTY PRESCINT ONE / ALAN ROSEN HARRIS COUNTY LAW LIBRARY / HISD VINCE RYAN / JOE SPRUNGE TIMRIANS / MICHAL OBAMA CITY OF HOUSTON LESBIAN ORG. ANNISA PARKER / HILARY CLINTON SYLVESTER TUNNER / BARAK OBAMA UNIV. OF HOUSTON - LESBIANS BLACK GROUPS. / FEDEX / UPS PLS ORDER TO REMOVE THEIR DIRTY ASS FROM MY APT. FAMILY HOME / SAN MARCOS DEFENDANT FROM BATHROOM / DOORS / CEILING WINDOWS. METRO POLICE ATTACK REMOVE YOUR KILLERS IN ILLEGAL SALE IN MOVIES BOOKS / TOYS IN HOUSTON FILMING COMMISSION

MY FAMILY HAS BEEN ILLEGALLY KILL FOR STOLEN PROPERTY REQUEST TO RETURN STOLEN ITEMS ART MATH JOURNAL - MY INVENTION COLLECTION COMIC BOOKS ALL OUR DOCUMENTS. PHONE ATTACK 24 HRS STOP THE MAYOR SILVESTER TUNNER ILLEGAL RADIATION TO KILL US IN SLEEP. VINCE RYAN WITH POLICE FIRE DEP. ATTACK CHEMICALS HOSES. RETAIL FRAUD BY

ALL DEFENDANT NO TICKETS NO COURTS

REMOVAL HOSPITALS WE DONT KNOW THEM HIRE BY DEMOCRATAS / REPUBLICANS VIOLATION GENEVA LAW. REQUEST APT. KEYS

REQUEST YOU TO RETURN MY CLEAN UNDERWEAR YOUR MANS IN ILLEGAL HOLD IN OUR APT BATHROOM UNTIL (9/11/19 YR) YESTERDAY REMOVAL MY UNDERWEAR WITH RICK PERRY STOP METAL ATTACK WITH YOUR KILLERS DEFAMATION INJURY EYES / HEAD / BRAIN LEGS FINGERS. STOP YOUR GAS / MECHANICAL INJ. CHEMICALS. STOLEN KEYS / CHASE FROM YOUR DOG / PORK / WF BANK / MAYOR / METRO JAMES RICHARD PERRY / RICK PERRY GEORGE W. BUSH / METRO THOMS LAMBERT / DRIVERS GEORGE P. BUSH - SALE WATER ARSENIC TRY TO KILL JEFF BUSH / PHONE ATTACK 24 HRS GEORGE HW BUSH / MANS METRO POLICE / DRIVERS ED EMMETT WITH SYLVESTER TUNNER / POLICE STATE OF TEXAS / GREG ABBOTT / SECURITY / POLI IN HARRIS COUNTY DEATH PATROLS / TROOPERS MITT ROMNEY WITH "ARM" DEFAMATION AND TOY TED CRUZ GIVEN MY BOOK STOLEN LADRON TO NASA AND OTHERS / ANNISA PARKER SAN MARCOS / CENTER POINT / MAISON DE VILLE HARRIS COUNTY SUPERV JACK CAGLE ADRIAN GARCIA / JACK MORMAN / ALAN ROSEN FRAU CITY COUNSEL ALL ARE IN POLICE / METRO CRIMINAL TRESPASS / COMCAST AT&T / SAN MARC WITH TROOPERS / SECURITY / ED EMMETT JOE SPRUNGE / FIRE DEPT. ATTACK / CENTER POINT HARRIS COUNTY JUVENILE COURT / CRIMINAL COURT TOM BROOKS. / METRO DRIVERS ATTACK DEFAMATIO RICE UNIVERSITY / HOMOS / HISD WITH HCC - STUDENTS IN BLACK GROUPS CRIMES. RETURN ALL OUR WRITTING / POLICE / METRO RAND PAUL / 47 VIRGERS / REQUEST TO RETURN TOM COTTON. ART MATH JOURNAL COMIC BOOKS COLLECTION KEYS ILLEGAL HIGHTS LEARNIN CENTERS / HUNTINGTON HARRIS COUNTY SUPERVISERS HARRIS COUNTY UTILITIES PROPERTY MOMENT IN ORDERS YOUR DOG ED EMMETT / VINCE RYAN (D) FRAUD MOVIES IN ILLEGAL SALE OF KILL MY FAMILY BOOKS IN BLOOD. IN ART MATH JOURNAL / COMIC BOOKS STOLEN FROM OUR FAMILY BY DEFENDANT

WE ARE REMEMBERING OUR FAMILY KILLING BY YOU FELIPE URIBE A&M STUDENT FATHER LUIS A RODRIGUEZ KILLED PENICILIN INJECTION - BROTHER LUIS RODRIGUEZ KILLED DEATH AFTER DINNER - EX HUSBAND ALBERTO URIBE AFTER DINNER DEATH KILL. BENEDICTO TORRES SHUT IN HEAD AT HIS STORE (CIA). EA MOVIE BIG BILLION TO BE PAY PLUS MONEYS IN BANKS / CASETS / TOYS. REQUEST STOLEN KEYS

REQUEST RETURN STOLEN ITEMS ART MATH JOURNAL ANTIQUE COMIC BOOKS COLLECTION - OUR WRITTINGS STOLEN BY DEMOCRATAS / REPUBLICANS. MR JOHN BOLTON FIRE AS HE FOUND DONALD TRUMP SON HOLDINGS BANKS MONEYS ILLEGALLY. HE SAVE WAR IN 2019 YR. DO NOT PAY MEDICARE FRAUD HEALTHCARE FRAUD BY STATE OF TEXAS / GOV. GREG ABBOTT / CITY HOUSTON MAYOR / POLICE / METRO POLICE / LAW LIBRARY / VINCE RYAN

AFTER HOURS FILING FILED 2019 SEP 12 PM 7:19
AFTER HOURS 2019 SEP 22 PM 6:04
2019 SEP 22 PM 6:04
AFTER HOURS FILING 2019 SEP 12 PM 7:19

7/12/ COPY NEW CRIBE PH 832-3743612 / JOHN ROBERTS
U-S SUPREME COURT SONIA SOTOMAYOR
U-S CONGRESS/ U-S SENATE/ FBI/ US PENTAGON
PRESIDENT OF COLOMBIA/ IVAN DUQUE HOUSTON
NO TICKETS NO COURTS/ POLICE BRUTALITY/ METRO/ DONALD TRUMP

① COPY RIGHT VIOLATIONS ROBBERY ATTACKS Request Bank DEPOSITS WF CHASE IBERIA $26 BILLION EA BOOK SALE IN EA BANK

② Randall FRAUD $26 BILLION TO BE PAY Donald Trump ED EMMETT GREG Abbott State Texas/ Police/ METRO Randall TO PAY $26 BILLION

③ Violation Miranda Laws/ Free Speech DUE PROCESS VIOLATION Housing Amend 1-14-13-5-6-7-8 $26 Billion LAWS.

④ Request EA Defendant TO PAY $26 BILLION ATTACK INJURYS & Home attack. $26 Billion EA Defend. INCLUDING JEBB BUSH/ GEORGE BUSH/ POLICE/ METRO ALAN ROSEN HCP-1 AND Defendants

⑤ EA Document and BOOKS USED WITH COMIC BOOKS MOVIES TO Pay $26 BILLION EA

⑥ LIENS TO BE PAY Sun Mueco $ 1014'250.000.00

⑦ INJURYS TO OUR CHILDRENS TO BE PAY $90 MILLION PLUS $26 Billion Pain & Suffer Punitive damages $26 Billion

⑧ MENTAL ATTACK $26 BILLION EA Pay LAWYERS $10'000,000.00 EA Defendants AND FIESTA STORES.

⑨ Return Apt. Home Keys illegal Possession ED EMMETT all defendants City Houston/ METRO GEORGE HW Bush/ Police Donald trump BIKE Police attack 24 HR $26 BILLION Defamation [illegible]

⑩ Request all Money Deposit Chase Bank/ WF Bank/ FIRST Bank Acadian Bank OTHERS [illegible] Bank

⑪ COPY RIGHT Violation $26 BILLIONS TO be return TO US From our BOOKS/ MATH/ COMIC BOOKS STOLEN/ MATH JOURNAL

⑫ WF Bank to pay Fraud WITH debit Card $500'000.000.00 Plus Lawyers cost.

⑬ STATE OF TEXAS/ GREG ABBOTT Rick Perry/ Donald Trump TO Remove Police/ Student METRO Police/ LAW ENFORCEMENT From our BATHROOM AND Pay damages $26 Billion Criminal Trespass We Can not Use the Bath.

STEVE RADACK JACK MORMAN JACK CAGLE:

⑬ To Pay damages criminal Repairs BY WINDOWS KITCHEN/ ROOMS Removal doors BY Donald Trump orders Refrigerator in Damage our FOOD LAW School/ Hillary CLINTON

⑭ Request deposit $500'000.000.00 By EA Defendant BONDS AT WF/ CHASE Bank

⑮ ILLEGALLY PRINTING OUR BOOKS [illegible] EA AWARD $26 BILLION EA [illegible]

ROBBERY/ASSAULT SLAVERY/DEFAMATION/SLANDER TORT/INJURY/HAMTS IN MOUTH/EYE

FAX 2022352500 FAX 713 2505503

AUGUST 5/2019 JR 2014-26571 57338 FILE ENCLOSED DOCS.

U.S. SUPREME COURT SONIA SOTOMAYOR/WA DC AND GRAND JURY U.S.J. ROD ROSENSTEIN

COLOMBIA PRODUCTION SENT TO U.S.C MR KENNEDY 2012-47065

NELLY URIBE/FAMILY TX 2? 1987, 85 VIOLATED

PH 832.3743612 FEDERAL COMM LAWS

WALTER URIBE CHILDREN 147 VIRGENS/NO TAX PAID

URIBE/RODRIGUEZ REQUEST BANKS MONEYS ROBBERY KRIMINAL TRESPASS

SALE OF OUR COMIC BOOKS/MOVIES/OUR WRITING REF PHONE ATTACK

$26 BIL ART MATH JOURNAL

STATE OF TEXAS/CRUZ ABBOTT AND METAL ATTACK

JAMES RICHARD PERRY/GEORGE BUSH MECHANICAL ATTACK

POLICE/METRO POLICE/VINCE RYAN DEFAMATION INJURY

SAN MARCOS/47 VIRGENS/PAUL RYAN OUR GOOD FAMILY UNIVE

DONALD TRUMP DEFENDANTS ETAL SAN MARCOS/CENTER POINT

COPY: COLOMBIA PRESIDENT IVAN DUQUE TO U.S AMBASADOR ATTACK/FEDERAL EXPRESS

PAIN & SUFFERING TRESPASS TO COMPUTERS $26 BIL

METRO POLICE ATTACK

TO THE US FEDERAL TRADE COMMISSION WA DC

FBI/CHRISTOPHER WRAY/JAMES COMEY/ROBERT MUELLER

REQUEST ALL STOLEN IDEAS/BOOKS/MATH JOURNAL REQUEST

REQUEST GRAND JURY METRO/RADIO DAMAGED 26 BILLION EA

PETITIONER NELLY R URIBE & FAMILY REQUEST

ORDER TO ARREST GEO/MOBILE PHONES $26 BILLION EA

[illegible] PHONES REQUEST $26 BILLION DAMAGES

CAUGHT WOOD LIBRARY HARVEY IMMEDIATELY TO STOP THE SALE OF OUR

REQUEST ACTION IMMEDIATELY ABUSE OF POWER

BOOKS STOLEN AND DONALD J TRUMP ABUSE OF POWER AND RICHARD RICK PERRY (2) U H

(1) WHITE HOUSE POWER AND RICHARD RICK PERRY (2) BUSH GEORGE W BUSH

(5) DONALD J TRUMP/GEORGE BUSH METHODIST (3) MD ANDERSON

TED CRUZ (3) ED EMMETT [illegible] METHODIST (3) MD ANDERSON

47 VIRGENS GOP TO PAY $26 BILLION DAMAGES

VINCE RYAN (2) [illegible] HOUSTON POLICE/METRO POLICE/VINCE RYAN (8)

GREG ABBOTT (7) HOUSTON POLICE (9) UNIV. HOUSTON (10) RICE (4) UT

[illegible] SECURITY (10) W.P. BANK GEORGE HW BUSH/ALAN ROSEN

[illegible] MEMORIAL HERMANN GEORGE HW BUSH/ALAN ROSEN

HERMANN DEFENDANT TO PAY $26 BILLION EA AGES BOND

LAWYERS COST $10,000,000.00 $500,000.00 BOND IBERIA BANK

DEPOSIT EA DEFENDANT BEFORE COURT HEARING STOP RICE UNIV/UNIV OF HOUSTON FRAUD/ATTACK

REQUEST KEYSTONES/HOME. PEOPLE INCLUDING RANDALLS/FIESTA STORE

REQUEST LIST OF DEFENDANTS/PEOPLE INVOLVED INJURYS RADIATION EA LOST HEARINGS

ABUSE PHONE ATTACK AS WE WILL FILE CHARGED JERRY GEORGE BUSH

ORDERS DONALD TRUMP/JAMES RICHARD PERRY GEORGE BUSH/MAYOR

ALSO IN ILLEGAL SALE WATER IN ARSENIC CITY HOUSTON/MAYOR

REF BOEING PLANES/OPPOSITION MONEYS TO BUILT WALL AT BORDER NW

DONALD TRUMP ASSAD CONTRACT BILLIONS ARMS/PLANES/MISSILE

TO CALIF CO. FAILED INCLUDE NASA/BOEING/S.W AIRLINES OUT OF

WORK. REFUSE TO ORDER BOING PLANES READY TO FLY

ILLEGALLY TAKEN MONEYS OUT OF MILITARY USA IN BIG TRILLION

DEBT. NO MONEY TO PAY CONTRACTOR CONGRESS REFUSED FOR WALL AND

WE DEMAND TO PAY $500'000,000.00 WITH ST MARCOS/PRISTINE METRO POLICE INJURY MAYOR POLICE IN METRO TO PAY $26 BILLION EA

COMCAST IN BATHROOM WITH FED EXP. BILLION TO PETITIONER ANDSON WALTER URIBE IN DAMA

FILED MARILYN BURGESS DISTRICT CLERK HARRIS COUNTY TEXAS 2019 AUG 11 PM 5:13 CIVIL AFTER HOURS

RECEIVED FIRST COURT OF APPEALS HOUSTON, TEXAS OCT 8 2019 CHRISTOPHER A. PRINE CLERK

2019 AUG 11 PM 5:15

HAVE BEEN TOLD LONG TIME THEY WILL TAKE MONEYS FROM WALKER AND ME FROM NELLY A RIDE TO BTORRES/IVAN DUQUE/COLOMBIA PRESIDENT
OCCURRENCE 8/6/19

AS I WAS ADVISED BY BLACKS SAID METRO HIRE ALL BLACKS AT FULTON STOP THEY WILL ATTACK YOU STEAL FROM YOU HIT YOU DO NOT ISSUED A REPORT METRO ORDER IMMEDIATE REPORT (?) ALSO BLACKS IN HOLD BY CONSTABLES

FILED MARILYN BURGESS DISTRICT CLERK HARRIS COUNTY, TEXAS
2019 AUG 11 PM 5:14
AFTER HOURS

8/6/19
AS I GOT OFF AT FULTON/METRO RAILSTOP
I WENT TO WF BANK WINDOW A RED PICKUP WAS IN FRONT OF ME
AS I STOP IN LINE A BLACK MAN WAS WALKING HE RETURN
AND ATTACK ME TRY TO GET MY MONEY I HOLD INTO MY MONEY
AND SCREAM HE START HIT ME
I SCREAM THE DRIVER IN RED PICK UP GET OUT THE CAR TOLD HIM
AND SCREAM AT HIM
THE BLACK MAN OPEN THE CAR TO GET IN THE DRIVER PULL ARM - DONT KNOW FIRM OR TEASER
THE BLACK MAN RUNS AWAY
THE DRIVER TOLD ME COME HERE AND USE THE ATM.
MY BANK ACCT 0. I DEPOSIT $20 8/6/19 2:30PM
I DEPOSIT $20 - 8/6/19 2:30PM. AND LEFT THANK DRIVER.
THE DRIVER FOLLOW ME TO METRO STOP AT BEHIND ME SAID DO THE REPORT
AND SHOW ME (2) METRO POLICE AND I ANSWER NO) THEY NO GOOD

FROM THEM WINDOW THE DRIVER WAS TALKING TO THE METRO POLICE

FROM NELLY URIBE FAMILY - INJURY HANDS IN MOUTH / EYES / TEETHS / REMOVAL UNDERWEAR HANDS / FINGERS / TOO / METAL ATTACK 6/30/1998 SLAVERY.

IN THE US SUPREME COURT - WA SONIA SOTOMAYOR / JOHN ROBERTS 1 1ST NE WA DC

US FED. COURT CLAIMS / AMY BERMAN J. WA DC AND US CRIMINAL APPEALS

AUSTIN

COLOMBIA PRESIDENT - IVAN DUQUE 2400 AUGUSTA - HOU TX 77202

FBI / ROBERT MUELLER / CHRISTOPHER WRAY

T42 $1997,95

POLICE BRUTALITY / METRO BRUTALITY / LEGAL MATTER

FRAUD. NELLY URIBE / SON WALTER URIBE & FAMILY

MOTION TO SET ASIDE FRAUD

PLEAD NOT GUILTY OF PAUL MANAFORT WITH DONALD J TRUMP FRAUD ORDERS / GOVERN. AS MR MICHAEL COHEN IS IN JAIL PLEAD GUILTY AS PAUL MANAFORT TRANSMIT ORDERS FROM DONALD J TRUMP AND DEFENDANTS ALL WORK AGAINST PETITIONERS & FAMILY

OUR APT IS ILLEGALLY LOCK STOLEN ALL OUR PROPERTY 63-01 IN BELLFORT - HOUSTON THE STORAGE WE PAID

POLICE AND DEFENDANTS STOLEN ALL OUR PROPERTY ITEMS INCLUDING KINGWOOD HISTORY THE COLOMBIA MATH JOURNAL COMIC BOOKS ANTIQUE COLLECTION AND DOCUMENTS INCLUDING USA SECRETS FROM WALTER URIBE AND FAMILY. KINGWOOD HARVEY $6 BILLION TO START WORK

REQUEST PAUL MANAFORT TO PAY DAMAGES $50'000.000.00 PLUS LAWYERS FEES $10'000000.00 AND PLUS PHONE ATTACK $26 BILLIONS AND 50% KINGWOOD LIBRARY FOR KINGWOOD COURT BOND DEPOSIT $500'000.000.00 BEFORE COURT HEARING AS WRITTEN ON SUBPOENAS.

TO PAY TO EA DEFENDANT IN FBANK $500 000.000.00 FRAUD

ALSO REQUEST EA DEFENDANT TO PAY EA BOOK / MATH JOURNAL / COMIC BOOK ANTIQUE $26 BILLIONS DOLLARS EA BOOK EA MOVIE PUNITIVE $500'000.000.00

AMERICANS ARE PROUD OF PILOTS UNION ASSOCIATION PROTECTION FOR NEW AMERICANS GENERATIONS. DONT FIGHT

LIENS / SAN MARCOS / DAMAGES. AND REQUEST DEFENDANTS TO RETURN ALL STOLEN BOOKS / MATH JOURNAL / COMIC BOOKS ANTIQUE

[Left side: reduced copies of handwritten filings — Houston TX 77052; Nelly Uribe for protection of her all family children; Walter Uribe; Shonali Majumdar; James Richard Perry; George W. Bush; Houston Police; San Marcos; Harris County; Devon Anderson; Plaintiff request for federal lien in property; $1014'150,000.00; Cause 2012-47068, Harris County District Court at Law; pray pleading $1014'150,000.00 — mostly illegible]

Form No. 34:220

Products Liability

Form No. 34:220

Request for Production of Documents

Product Liability Action

[Name of attorney]
[Name of firm]
[Street address]
[phone number]
[fax number]
[e-mail address]
[state bar i.d. number]
Attorneys for [name of party]

UNITED STATES DISTRICT COURT
District of

[Name of plaintiff], Plaintiff
vs.
[Name of defendant], Defendant

No.

REQUEST TO PRODUCE (Fed. R. Civ. P. 34)

PROPOUNDING PARTY:
RESPONDING PARTY:
SET NUMBER: [Number, e.g., One]

[Name of propounding party], plaintiff in this action, makes the following request pursuant to Rule 34 of the Federal Rules of Civil Procedure. Under Rule 34(b), you are required to serve a written response to this request, indicating whether you will comply with each request listed below, no later than 30 days after the date this request was served on you.

DOCUMENTS REQUESTED

Request No. 1: All records, notes, written memoranda, writings of any kind, computer files, including e-mails, and computer disc or drives concerning testing by you or by anyone on behalf of the [brand name and type of product], Model No. ___, which is the subject of this action.

Response to Request

Request No. 2: All records, notes, written memoranda, writings of any kind,

3 This form was adapted from papers filed in Greenwood v. McDonough Power Equip., Inc., 437 F. Supp. 707 (D. Kan. 1977), furnished courtesy of Gene E. Schroer, Esq., of Hines, Schroer, Rice & Bryan, Topeka, Kansas.

FILED
2019 JUN 13 PM 7:04

NOTICE [illegible]

Form No. SCt1412

Section (A) / Section (B) / Section (C)

Petition for Certiorari—Contract Claim / Houston Police Brutality (A) Petition for Review / Slavery / Fraud / Injury / Tort (A)

No. ________ (docket number) (B) Certiorari for Houston Professional Fire Fighters

(C) Certiorari / Opposition to Abortion Laws Death Penalty Request / Copy Colombia President Ivan Duque & Counsel / FBI / Motion to Strike Defendants Appeals Fraud Claims Not Copy to Us / Trespass / Slavery / Injury

IN THE SUPREME COURT OF THE UNITED STATES

Chief Justice John Roberts / Sonia Sotomayor

Nelly R Uribe & Emily Torres Attorneys (Name of party) Son Walter Uribe — Petitioner 8118322143612

vs.

President Removal Undercover / State of Texas / Greg Abbott / James Richard Perry and Republican Party / Ed Emmett / Police / Metro Police Defendants et al (Name of party) Donald J Trump & Family / Abuse of Power / Joe Sprung / City of Houston / Mayor / Jeb Bush / George W Bush / George P Bush / Tort 24 Hrs — Respondent

Request Banks Deposit 26 Billion Ea Book Sales in Ea Bank

ON WRIT OF CERTIORARI TO THE (A) Criminal (Name of court; e.g., UNITED STATES COURT OF APPEALS FOR THE ____ CIRCUIT) Austin Texas File by James Richard Perry / Police / Metro / Joe Sprung / Vince Ryan Defendants et al

(B) Appeal from Court Appeals / Houston 77002 by Shonali Majumdar / Law Library / Filed by Ed Emmett

PETITION FOR CERTIORARI Vince Ryan City of Houston Police / Metro HCP / Alan Rose / State of Texas / Greg Abbott Ken Paxton / Defendants No Copys Recd Info from Blacks

Fraud City of Houston / Annise Parker (Name of counsel of record) Don't Know Counsel of Record for ______ (Name of party) and from U.S Court of Appeals, Rory Olson / Probate Fraud / 600 Camp - New Orleans / LA

Fraud in Courts / Metro Police ______ (Address)

Alan Rosen / Retail Fraud No Moneys Due ______ (City, state, zip code)

T42019831 / Sheriff Fraud / Police / Constable ______ (E-mail address) Edwine Werlein - USD Court Atty Fraud

Copy United States of Federal Claims Wal Amy Berman Jackson (Telephone number) Civil Courts Harris County Hospitals / Schiarifto 2800 S McGowen Hu Tx

And Juvenile Copy Atty Gen / & Rod Rosenstein / US Congress / 44 Virgeans / Tom Cotton / Paul Ryan / Law Library / Vince Ryan / Pristine Energy / Shell / Randall / Fiesta / Kroger / HEB / Walgreens / CVS / Lina Hidalgo / Democratic Party / Marian Semels / Republican Party

This form was adapted from papers filed in with S & E Contractors, Inc. v. United States, 406 U.S. 1, 92 S. Ct. 1411, 31 L. Ed. 2d 658 (1972), furnished courtesy of Hudson, Creyke, Koehler, Brown & Tacke, attorneys for petitioner.

2012-47068 - 2014-26571 - 975831 / 886497 / 2014-71845 / Copy Right Violation 2 U.S.C 1338 Intl Laws

From Chapter - 3 U.S Supreme Court. National Authority # 3.3 Judicial Review and Federal Powers

Federal Jurisdiction Law # 2.1 Overview of the Present Jurisdictional Frame Work of the U.S Supreme Court. Law # 2.10 Article (1) Courts Law 2.3 The Supreme Court Statutory Original

All the Fraud of Donald J Trump & State Texas Greg Abbott Ed Emmett at Randalls with Police $ 26 Billion with Metro Ea

(1) Petitioners Nelly R Uribe / Walter Uribe and Family Has Not Receive Documents From: Defendants; Is Void

"Cancel Set Aside the Fraud of the State of Texas / Gov Greg Abbott Houston Police Brutality Metro Police / Metro. Attack Donald J Trump Defendants et al

Due Process Violation: Miranda Laws / Free Speech Amend - 1-4-11-13-5-6-7-8 Federal Housing Laws $26 Billion Ea

Status Fraud Violation US Constitution Abuse of Power Donald J Trump / George W Bush / Family / Jeb Bush / George P Bush, Governor Greg Abbott Hands in Our Heads No Tickets No Courts, Hands in Our Mouths / Eyes / Body / Legs / Brain, Head, (2) Petitioners Nelly R Uribe & Family Appeal the Frauds Status / Assault / Injury / Crim. Trespass (Courts) (3) Defendants Fraud With Security Joe Sprung / Police / Metro Police / Ed Emmett / City Houston Mayor

Bathrooms Attack / Illegal Search / Robbery / Injury 24 Hrs in Law Library Vince Ryan / No Crimes Committed (Courts) (4) Petitioners Nelly R Uribe & Family Status the Fraud (Attack at Night / Crim. Trespass

Metro Police / of Houston Police Brutality in Hospitals U.T. The Texas University Behavioral Hospital / Texas Orthopedic Hospital / Methodist Hospital / MD Anderson Memorial Hermann / Baylor St Lukes / St Joseph / Childrens Hospital / Harris Health

(Belmont Senior) Bellaire Gardens) Donald J Trump — Bellaire Hospitals / & Others in Union With Metropolitan Transit Aut / DBA Metro Police Law Library Vince Ryan / Marian Semels / Ed Emmett / HC Patrols. All Are Working State of Texas Greg Abbott He Was Burn by Black Community His Body and White Eyes as He Refused to Release the Childrens From Jail / Attack 24 Hrs and Donald J Trump Abuse of Power in Slavery 24 Hrs With George W Bush / Jeb Bush and City of Houston Sylvester — We Dont Know This Hospitals / or Doctors and City of Houston Sylvester Turner in Stolen

Our Writings / Books / Antique Comic Books / Math Journal Last Time / Due Process Violation

Violation Copyright Laws — He Steal My Document Copys File at Court, But He Must Know Colombia President Ivan Duque & Counsel Done Certified Service to Court / Defendants. Attack at Metro Stop

Petitioners Request Cancel Medicare Moneys for All Hospitals and Doctors Above Named / in Attack to Us Try to Kill Us at Night, Fraud to Medicare by Police

Metro Police — State of Texas Greg Abbott / Rick Perry / Ted Cruz / Donald J Trump / George W Bush & Family, Request Ea Defendant to Pay $ 26 Billions Attack Injurys $ 26 Billions Ea Defendant Phone Attack $ 26 Billion Ea Defendant; Ea Document and Books Comic Books / Movies to Pay $ 26 Billion Ea. All Liens to Be Pay Injury to the Childrens to Be Pay $ 90 Million Plus $ 26 Billion Pain & Suffering / Punitive Damages $ 26 Billion Mental Attack $ 26 Billion Each. Plus Lawyers $ 10'000.000.00 Ea. Defendant

Return All Apt / Home Keys in Illegal Possesion of Ed Emmett All Defendants / City and Donald J Trump Bike in Police Attack 24 Hrs $ 26 Billion Defamation

Houston / George W Bush / Metro / Metro Police / Slander / Copyright Violation $ 26 Billion — All Moneys Deposit in Chase / WF Bank / First Bank / Asia Bank Others to Be Return to Us From Our Books / Math / Comic Books Stolen Math Journal WF Bank to Pay Fraud With Debit Card $ 500'000.000.00 Plus Law Years Cost

State of Texas / Gov Greg Abbott / Rick Perry / Donald J Trump to Remove Police / Student / Metro Police Law Enforcement From Our Bathroom and Pay Damages $ 26 Billion Criminal Trespass We Can Not Use Bath to Pay Damages for Ea Criminal Trespass by Windows / Kitchen / Rooms Removal Doors by Donald J Trump Orders / Refrig. Damage Our Food, Law

Library / Hillary Clinton — Request Deposit $ 500'000,000.00 by Ea Defendant Bond at WF / Chase Banks Mortgage Bond. Request Return All Stolen Items and Pay for Illegal Printing Our Books, Items Ea Awared $ 26 Billion Ea and Return Awards by Ea Defendant.

State of Texas / Gov to Return All Keys / Items / Continued Continued. "For Review - Set Aside Corrupt Judge Orders" Hillary Clinton Illegal Sale of Our Books / Math.

(B) Ref: Certiorari Petition for Petitioner Houston Police Officers Union / Joe Gamaldi v. City of Houston / Sylvester Turner / Mary

Houston Professional Fire Fighters Association / Sam Pena Fire Chief / Lancton / Motion

For Continuance Legal Review From US District Court / Appeal Tania Garrison Judge / Judgement Fraud Void the Texas Vote of the People Under a Chapter at the Texas Gov. Code and Void Because Violates the Texas Constitution. Fraud to Texas Voters Right

(D) Therefore the Texas Governor Votes Are Void Violates the Texas Constitution

Fire Him (2) Request Review Immediately and Paid the Peoples Voices to Increase the Fire Fighters Salarys as Requested 179 Million as Mr David Martin Advise City Counsil Must Increase Salarys Equal to the Houston Police All Documents [illegible] Legal Claims

3/14/19 YR FROM NELLY URIBE & FMILY V STATE OF TEXAS GREG ABBOTT Defendants
IN THE U.S SUPREME COURT WA-DC 20530
JSONIA SOTOMAYOR - SLAVERY - 2014-26571
2012-27069 - 975831 / 542 $1983 87 / COPY AMY BERMAN US FEDERAL CLAIMS COURT
COPY FBI ROBERT MUELLER / C. WRAY
TO CITY COUNSEL / STATE OF TEXAS GREG ABBOTT
RICK PERRY / DONALD J TRUMP
713-7736930 510 AMEND 1-2-4-13-7-8 VIOLATION FHLAWS
COLOMBIA PRESIDENT COUNSEL 2400 AUGUSTA HTX 77202
COPY US COURT APPEALS / AUSTIN TX 78711
MOTION TO REMOVE CANCEL ORDERS OF DONALD TRUMP TO PETITIONER NELLY URIBE WALTER URIBE & FAMILY, REF FONDREN ORTHOPEDIC HOSPITAL REMOVE CITY COUNSEL AND DEFENDANTS

FRAUD TO PAY 26 BILLION

FROM OUR BANK MONEYS IN SALE OF STOLEN PROPERTYS. STAY OUT FROM OUR APT/HOMES REQUEST 26 BILLIONS DAMAGES TO BE PAY BY EA DEFENDANT. POLICE $26 BILLIONS CITY HOUSTON $26 BILLION CITY COUNSEL $26 BILLIONS CITY HOUSTON DONALD J TRUMP $26 BILLIONS PLUS DAMAGES INJURYS/SLAVERY STATE OF TEXAS GREG ABBOTT $26 BILLION RICK PERRY $26 BILLION PLUS DAMAGES INJURYS METROPOLITAN TRANSIT AUTHORITY $26 BILLION GEORGE BUSH $26 BILLION PLUS DAMAGES INJURYS, VINCE RYAN $26 BILLION. TO REMOVE EACH DEFENDANT FROM OUR FAMILY APT. IMMEDIATELY AN USE OF POLICE / METRO POLICE / ED EMMETT $10'000.000.00 PLUS PLUS LAWYERS COST $10'000.000.00 PLUS EA DEFENDANT TO DEPOSIT BOND MORTGAGE $500'000.000.00 AT IBERIA BANK SLANDER / SLAVERY / STOLEN PROPERTY BOOKS IN ILLEGAL SALE MUST BE RETURN IMMEDIATELY WITH MATH JOURNAL AND APT KEYS IN HOLD BY ED EMMETT TO PAY $26 BILLION INJURYS / DEFAMATION SLANDER RETAIL FRAUD WE DONT OWE MONEYS TO STORES / LAW LIBRARY FRAUD. FONDREN ORTHOPEDIC FRAUD HOSPITALS AND DOCTORS IN MAIN ST / HOUSTON FRAUD GET OUT ALL FROM OUR FMILY APT / HOMES - FAX 18553199685, POLICE BRUTALITY / ALAMRE[illegible] Nelly Uribe
COURT ORDER - BOND $500'000.000.00 FROM PETITIONER

DEPOSIT FOR EA DEFENDANT

ORDER TO GET OUT FROM PETITIONER NELLY URIBE / WALTER URIBE & FAMILY FMILY APT / HOMES / STERLING - STAY OUT 1,000 MILES AND EA DEFENDANT TO PAY $26 BILLION PLUS DAMAGES / INJURYS / METAL ATTACK PHONE ATTACK 24 HRS. REMOVAL EA DEFENDANT AND DONALD TRUMP CANCEL ORDERS AGAINST PETITIONER FAMILY & SON ORDER RETURN ALL STOLEN ITEMS / KEYS INCLUDING MATH JOURNAL / BOOKS / WRITTINGS / COMIC COLLECTION ORDER TO RELEASE ALL BANKS MONEYS DEPOSIT ILLEGAL SALES. DEMOCRATHS WANTS TO IMPEACH THE PRESIDENT BUT DONALD J TRUMP HAS BEEN IMPEACH ALREADY BY MANY COUNTRYS. WE ARE IN WAR - WAR IN USE OF SALE OF SECRETS OF USA. ASK RICK PERRY REF YOUR TARIFF WAR TRADE WAR - SCREW UP.

JUDGE

COPY TO US SUPREME COURT - SONIA SOTOMAYOR / LAW 3-190TH. HCP-B-RORYOLSE[illegible]

CERTIFICATE OF SERVICE

BY MR COLOMBIA PRESIDENT - COUNSEL AT 2400 AUGUSTA HOUSTON 77202 AND PETITIONER NELLY RURIBE TO DEFENDANTS ... US SENATORS / US SENATOR COPY FBI / ...

AFTER HOURS FILING FILED
2019 MAR 16 PM 8:42
[signature]
COUNTY CLERK HARRIS COUNTY, TEXAS

AFTER HOURS FILING FILED
2019 MAY 26 PM 9:35
[signature]
COUNTY CLERK HARRIS COUNTY, TEXAS

PETITIONERS NELLY R URIBE 832374361 WALTER URIBE & FAMILY MOTION TO FIRE HOUSTON POLICE CHIEF ART ACEVEDO SYLVESTER TURNER / TRESPASS / INJURY

P-A2

REF: RUSSIA INVESTIGATION/TAX SUBPOENAS/ROBERT MUELLER 2014-28571/2012-47068/475831/
REF: SLAVERY/DONALD TRUMP/STATE TEXAS/GOV CLAIM - CONTRACT - SC 12
IN THE UNITED STATES SUPREME COURT - WA-DC 20530
SONIA SOTOMAYOR/ JOHN ROBERTS/USD/AMIT MEHTA - WA
PETITION FOR CERTIORARI / SHONALI MAJUMDAR
UNITED STATES COURT INTERNATIONAL-TRADE WA, DC20012 - NY.
UNITED STATES FEDERAL CLAIMS - NY. AMY BERMAN JACKSON
COPY COLOMBIA PRESIDENT IVAN DUQUE / COUNSEL 2400 AUGUSTA - HOUSTON 77202
COPY FBI CHRISTOPHER WRAY/ ROBERT MUELLER REF: DONALD TRUMP

MAY 13/2019 YR

FROM NELLY R URIBE/ WALTER URIBE / D TORRES FAMILY/CHILDRENS/E TORRES 832 374 3612
PETITIONERS

REQUEST FBI/ INVESTIGATION T42 $1983, 1985 POLICE BRUTALITY METRO POLICE

STATE OF TEXAS/GREG ABBOTT/DONALD TRUMP
PAUL RYAN JAMES RICHARD PERRY/ HOUSTON POLICE / 47 VIRGENS
ALAN ROSEN/ METRO POLI TAN TEXAS/T AUTHORITY/OBAMA METRO POLICE/GW BUSH
SAM M ARCOS APPT / ALSTONE ENERGY/SHONALI MAJUMDAR
HARRIS C. LAW LIBRARY/ VINCE RYAN/CITY OF HOUSTON/JEB BUSH
SYLVESTER TURNER/ ANNISE PARKER/ JOE SPRUNGE
DEFENDANTS ET ALL, GEORGE P BUSH, SALE OF WATER ARSENIC
CENTER POINT ATT/ COMCAST FED. EXPRESS

REF: TARIFF-WAR IS AGAINST USA MANUFACTURING/ BUSINESS
REF: ALASKA ABORTION LAWS / KILL OUR TEENS GOING TO MEXICO.

PETITIONERS NELLY R URIBE/WALTER URIBE & FAMILY MOTION TO FIRE THE HOUSTON POLICE CHIEF ART ACEVEDO/ SYLVESTER TURNER/TRESPASS
INJURY METRO POLICE: THOMAS LAMBERT/ORDERS DONALD TRUMP & FAMILY $26 BILLION PUNITIVE DAM.
FOR FOLLOWING AVERNMENTS/ INJURYS/ASSAULT/ ROBBERY/ TORT/ REMOVAL UNDERWEAR / PHONE ATTACK 24 HRS JEB BUSH / MAYOR / POLICE/METRO
GREG ABBOTT ALL DEFENDANTS TO PAY $26 BILLION EA 50% TO
KINGWOOD LIBRARY / ...

4/10/19 RCVD INFO FROM TEENS POLICE STEAL ALL DOCUMENTS IN ENVELOPE DELIVERY TO HARRIS COUNTY COURT/BASKET. REPORTED TO COLOMBIA/LAW PRESIDENT IVAN DUQUE/COUNSEL. MAIL ALSO SEND TO JUDGE LINA HIDALGO/CONGRESS. ALL DOCUMENTS ARE ALSO CERTIFIED SERVED BY COLOMBIA PRESIDENT/COUNSEL

4/12/19 HIT WITH METAL AT AIRLINE/ BERRY ST. AND STOP ME AT MIDDLE OF STREET. IT WAS TOO MUCH TRAFFIC COMING AND A DRIVER GET OFF AND HELP ME TO GO TO METRO STOP. $26 BILLION METAL ATTACK

ALSO A YOUNG LADY CAME TO HELP AND TALKING / I TOLD HER CAN NOT LITSEN BUT I ASK HER TO DRIVE ME OUT OF THIS CORNER AS I WAS HIT WITH ELECTRICITY. A MAN CROSS STREET DID A SIGN GET OUT FROM HERE THEY WANT TO HURT YOU. (24 HRS ATTACK) THE YOUNG LADY GOT ME OUT TO OTHER METRO STOP AND I TOOK METRO 56 GOING TO TRANSIT CENTER/ MAIN ST, AS I GOT OUT METRO I WAS HIT AND HIT WITH ELECTRICITY / MECHANICAL ATTACK TO MY FEETS / SHOES. THEN I STARTED WALKING BUT I CAN NOT MOVE I HOLD INTO A GLASS WALL AND DID REVERSE 3:56 P.M. IN THAT MOMENT ABOUT 4PM. METRO NO: 1850 BUFFALO-SPEEDWAY W BELLFORT THAT METRO WAS PUSH / DRIVE IN ELECTRICITY VERY HARD SPEED AND WENT ON TOP OF SIDE WALK HIT THE CEMENT WALL / BROKEN GLASS / FULL OF PASSENGERS, I TOLD THE DRIVERS IN GROUP THEY TRY TO KILL ME DRIVER WAS NOT IN FAULT (33) FIRE DEPT CAME (D) POLICE CAME AS I TOOK NO. 2 METRO AT THE ACCIDENT SCENE A DRIVER WAS TALKING THEY HAVE GOOD SALAD FOR ME BUT MISS. THEY DID NOT SEE ME, AND I WAS TOLD TO MOVE GET OUT I REQUESTED HOW WAS THE ACCIDENT DRIVER HURT (2) PEOPLE SAID SHE WAS A LADY DRIVER NOT HURT. (CENTERPOINT ENERGY)

THE GOVERNOR & DONALD TRUMP PEOPLE WAITING AT HOSPITAL TO SEE ME (2) A LADY "HOSPITAL SAID GOOD LUCK,

24 HRS (C) WE HAVE BEEN ATTACK AT METROS / ELECTRICITY / DRUGS IN METRO DRIVERS HAS ORDER TO HIT OUR BODY/ LEGS/ FEETS/ EYE/HEAD PHONE ATTACK EA DEFENDANT TO PAY $26 BILLION LAWYERS $10,000,000.00

EARS 4/13/19 (D) ATTACK IN MY BACK STOLEN FROM MY POCKET $10.00 IT WAS A YOUNG BLACK WITH A BAG. REPORTED TO STREET OFFICERS I WAS TOLD THEY CAN NOT GET THAT PERSON TO GO HOME. I WAS TOLD IT WAS A POLICE WHO DID IT. AT MAIN ST/METRO RAIL STOP

4/13/19 ALSO ATTACK AT NIGHT AS I SLEEP UNDER THE TABLE POLICE/ATTACK WITH PATROLS/ METRO POLICE/ FEDERAL EXPRESS STOLEN DOCUMENTS MANY TIMES AND MONEY IN DIFFERENT DAYS. TRY TO KILL US REMOVAL UNDERWEAR / ILLEGAL SEARCH DAMAGE DRINKS/FOOD

FOLLOWING INFO FROM BLACK COMMUNITY: POLICE HAS BEEN SENT TO KILL YOU (1) ORDERS FROM ANNISE PARKER/ SYLVESTER TURNER/SHERIFF ED GONZALEZ

[Left margin, written vertically:]
HANDS IN OUR MOUTHS/EYES NO TICKETS/NO ORDERS
REF KILL NANY VET/ KILL FELIPE URIBE/ KILL ROBERTO URIBE
REDUCE FROM EA DEFENDANT IN STATE OF TEXAS ROBBERY ... DEFENDANTS
REQUEST $26 BILLION ...
10 STREET ... MISSING ...
FULL CUSTOM ... POSTAL THEFTS/ OTHERS
RETAIL FRAUD WE DONT OWE MONEY / KROGER
TO STORES INCLUDING RANDALLS / WAL MART
SECURITY DESPRUNGE ATTACK 24 HRS / BUSH
WITH ED EMMETT
GEORGE W BUSH
USE OF PATROLS / PATROLS

Form No. SC14:2 Content of Writ of Certiorari SC14-22 SC14(B)(A)

Form No. SC14:2

SECTION (A) SECTION (B) SECTION (C)

Petition for Certiorari—Contract Claim[1] /HOUSTON POLICE BRUTALITY (A) PETITION FOR REVIEW/SLAVERY/FRAUD/INJURY/TORT (A)

No. ______ [docket number] (B) CERTIORARI FOR HOUSTON PROFESSIONAL FIRE FIGHTERS (C) CERTIORARI / OPPOSITION TO ABORTION LAWS DEATH PENALTY REQUEST COPY COLOMBIA PRESIDENT IVAN DUQUE & COUNSEL FBI MOTION TO STRIKE DEFENDANTS APPEALS FRAUD CLAIMS NOT COPY TO US. 14-1-4183

IN THE SUPREME COURT OF THE UNITED STATES

CHIEF JUSTICE - JOHN ROBERTS / SONIA SOTOMAYOR

NELLY R URIBE & EMILY & TORRES ESTORRES [Name of party] SON WALTER URIBE Petitioner 713 832 314 3612

vs.

PRESIDENT REMOVAL UNDERCOVER/STATE OF TEXAS/GREG ABBOTT [Name of party], DONALD J TRUMP & FAMILY/ABUSE OF POWER/SLAVERY/INJURY JAMES RICHARD PERRY AND Respondent JOE SPRUNG/CITY OF HOUSTON/MAYOR/JEB BUSH REPUBLICAN PARTY/ED EMMETT/POLICE/METRO POLICE/GEORGE W BUSH/GEORGE BUSH/TORT 24 HRS DEFENDANTS ETAL

ON WRIT OF CERTIORARI TO THE REQUEST BANKS DEPOSIT 26 BILLION EA BOOK SALES IN EA BANK

[Name of court, e.g., UNITED STATES COURT (A) CRIMINAL OF APPEALS FOR THE ______ CIRCUIT] AUSTIN 78711 FILE BY JAMES RICHARD PERRY/POLICE/METRO (B) APPEAL FROM COURT APPEALS/HOUSTON 77002 BY JOE SPRUNG/VINCE RYAN DEFENDANTS ETAL

SHONALI MAJUMDAR/ LAW LIBRARY / FILE BY ED EMMETT STATE OF TEXAS/GREG ABBOTT KEN PAXTON FRAUD CITY OF HOUSTON ANNISE PARKER DON'T KNOW FRAUD IN COURT/METRO POLICE ALAN ROSEN & RENTAL FRAUD NO MONEYS DUE. 7421993 OF SHERIFF FRAUD / POLICE CONSTABLES

PETITION FOR CERTIORARI VINCE RYAN CITY OF HOUSTON POLICE/METRO HCP/ALAN ROSEN DEFENDANTS NO COPYS RCVD INFO FROM BLACKS AND FROM US COURT OF APPEALS ROR FOLSON PROBATE 600 CAMP - NEW ORLEANS/LA FRAUD

______ [Name of counsel of record] Counsel of Record for ______ [Name of party] ______ [Address] ______ [City, state, zip code] ______ [E-mail address] ______ [Telephone number]

EDWINS WERLEIN - USD COURT ATTY FRAUD CIVIL COURTS HARRIS COUNTY HOSPITALS/SCHIZARITY 2800 S MCGOWEN HOU TX

AND JUVENILE COPY ATTY GEN / J-ROD ROSENSTEIN/US CONGRESS/ 47 VIRGEN STROM COTTON/ PAUL RYAN/ LAW LIBRARY / VINCE RYAN PRISTINE ENERGY / SHELL / RANDALLS / FIESTA / KROGER / HEB / WALGREENS / CVS LINA HIDALGO / DEMOCRAT PARTY MARIAN SEARS/ REPUBLICAN PARTY

[1] This form was adapted from papers filed in with S & B Contractors, Inc. v. United States, 406 U.S., 92 S. Ct. 1411, 31 L. Ed. 2d 658 (1972), furnished courtesy of Hudson, Croyle, Koehler, Brown & ... Tacks; attorneys for Petitioner.

2012-47068 - 2014-26571 - 975831/886497/2014-77845/ COPY RIGHT VIOLATION 2115871338 INTLAWS FROM CHAPTER - 3 U.S SUPREME COURT. NATIONAL AUTHORITY ₱3.3 JUDICIAL REVIEW AND FEDERAL POWERS

FEDERAL JURISDICTION LAW ₱2.1 OVERVIEW OF THE PRESENT JURISDICTIONAL FRAMEWORK OF THE U.S SUPREME COURT. LAW ₱ 2.10 ARTICLE (I) COURTS, LAW 2.3 THE SUPREME COURT STATUTORY ORIGINAL

RAF THE FRAUD OF DONALD J TRUMP & STATE TEXAS GREG ABBOTT ED EMMETT AT RANDALLS WITH POLICE ₱26 BILLION WITH METRO EA (1) PETITIONERS NELLY R URIBE / WALTER URIBE AND FAMILY HAS NOT RECEIVE DOCUMENTS FROM: DEFENDANTS 13 VOID "CANCEL SET ASIDE THE FRAUD OF THE " STATE OF TEXAS / GOV GREG ABBOTT" HOUSTON POLICE BRUTALITY / METRO POLICE / METRO. ATTACK DONALD J TRUMP DEFENDANTS ET AL

DUE PROCESS VIOLATION: MIRANDA LAWS / FREE SPEECH AMEND-1-9-14-13-5-6-7-8 FEDERAL HOUSING LAWS. ₱26 BILLION EA STATUS FRAUD VIOLATION US CONSTITUTION ABUSE OF POWER DONALD J TRUMP / GEORGE W BUSH / FAMILY / JEB BUSH GEORGE BUSH, GOVERNOR GREG ABBOTT. HANDS IN OUR HEADS NO TICKETS NO COURTS. HANDS IN OUR MOUTHS / EYES / BODY / LEGS BRAIN, HEAD. (2) PETITIONERS NELLY R URIBE & FAMILY APPEAL THE FRAUDS STATUE / ASSAULT / INJURY / CRIM. TRESPASS (COURTS) (3) DEFENDANTS FRAUD WITH SECURITY JOE SPRUNG / POLICE / METRO POLICE / ED EMMETT / CITY HOUSTON MAYOR BATHROOMS ATTACK ILLEGAL SEARCH / ROBBERY / INJURY 24 HRS IN LAW LIBRARY VINCE RYAN / NO CRIMES COMMITTED (COURTS) (4) PETITIONERS NELLY R URIBE & FAMILY APPEAL THE FRAUD ATTACK AT NIGHT / CRIM-TRESPASS METRO POLICE / OF HOUSTON POLICE BRUTALITY IN HOSPITALS U.T. - THE TEXAS UNIVERSITY BEHAVIORAL HOSPITAL / TEXAS ORTOPEDIC HOSPITAL / METHODIST HOSPITAL / MD ANDERSON (BELMONT SENIOR) MEMORIAL HERMANN / BAYLOR ST LUKES / ST JOSEPH / CHILDRENS HOSPITAL / HARRIS HEALTH BELLAIRE GARDENS / BELLAIRE HOSPITALS / & OTHERS IN UNION WITH METRO POLICE TRANSIT AUT / DBA METRO POLICE DONALD J TRUMP LAW LIBRARY VINCE RYAN / MARIAN SEARS / ED EMMETT / HC PATROLS. ALL ARE WORKING STATE OF TEXAS GREG ABBOTT HE WAS BURN BY BLACK COMMUNITY HIS BODY AND WHITE EGGS AS HE REFUSED TO RELEASE THE CHILDRENS FROM JAIL / ATTACK 24 HRS AND DONALD J TRUMP ABUSE OF POWER IN SLAVERY 24 HRS WITH GEORGE W BUSH / JEB BUSH AND CITY OF HOUSTON SYLVESTER WE DON'T KNOW THIS HOSPITALS / OR DOCTORS AND CITY OF HOUSTON SYLVESTER TURNER IN STOLEN OUR WRITINGS / BOOKS / ANTIQUE COMIC BOOKS / MATH JOURNAL LAST THEFT / DUE PROCESS VIOLATION ... THE STEAL MY DOCUMENTS COPYS FILE AT COURT, BUT HE MUST KNOW COLOMBIA PRESIDENT IVAN DUQUE & COUNSEL DONE CERTIFIED SERVICE TO COURTS / DEFENDANTS. ATTACK AT METRO STOP ... PETITIONERS REQUEST CANCEL MEDICARE MONEYS FOR ALL HOSPITALS AND DOCTORS ABOVE NAMED / IN ATTACK TO US TRY TO KILL US AT NIGHT. FRAUD TO MEDICARE BY POLICE METRO POLICE STATE OF TEXAS GREG ABBOTT / RICK PERRY / FEDERAL / DONALD J TRUMP / GEORGE W BUSH & FAMILY, REQUEST EA DEFENDANT TO PAY ₱26 BILLIONS ATTACK INJURYS ₱26 BILLIONS EA DEFENDANT PHONE ATTACK ₱26 BILLION EA DEFENDANT, EA DOCUMENT AND BOOKS COMIC BOOKS / MOVIES TO PAY ₱26 BILLION EA. ALL LIENS TO BE PAY INJURY TO THE CHILDRENS TO BE PAY ₱90 MILLION PLUS ₱26 BILLION PAIN & SUFFERING TRAUMATIC DAMAGE ₱26 BILLION MENTAL ATTACK ₱26 BILLION EACH. PLUS LAWYERS ₱10'000.000.00 EA DEFENDANT RETURN ALL ART / HOME KEYS IN ILLEGAL POSSESION OF ED EMMETT ALL DEFENDANT / CITY HOUSTON / GEORGE W BUSH / METRO AND DONALD J TRUMP BIKE IN POLICE ATTACK 24 HRS ₱26 BILLION DEFAMATION METRO POLICE / SLANDER ALL MONEYS DEPOSIT IN CHASE / WF BANK / FIRST BANK / ACASIA BANK OTHERS COPYRIGHT VIOLATION ₱26 BILLION TO BE RETURN TO US FROM OUR BOOKS / MATH / COMIC BOOKS STOLEN. MATH JOURNAL WF BANK TO PAY FRAUD WITH DEBIT CARD ₱500'000.000.00 PLUS LAW YERS COST STATE OF TEXAS / GOV GREG ABBOTT / RICK PERRY / DONALD J TRUMP TO REMOVE POLICE / STUDENT / METRO POLICE LAW ENFORCEMENT FROM OUR BATHROOM AND PAY DAMAGES ₱26 BILLION CRIMINAL TRESPASS WE CAN NOT USE BATH TO PAY DAMAGES FOR EA CRIMINAL TRESPASS BY WINDOWS / KITCHEN / ROOMS REMOVAL DOORS BY DONALD J TRUMP ORDERS / REFRIG: DAMAGE OUR FOOD, LAW LIBRARY / HILLARY CLINTON REQUEST DEPOSIT ₱500'000,000.00 BY EA DEFENDANT ACCOUNT AT WF / CHASE BANKS MORTGAGE BOND. REQUEST RETURN ALL STOLEN ITEMS AND PAY FOR ILLEGAL PRINTING OUR BOOKS, ITEMS EA AWARD ₱26 BILLION EA AND RETURN AWARDS BY EA DEFENDANT STATE OF TEXAS / GOV TO RETURN ALL KEYS / ITEMS / MATH CONTINUED. • HILLARY CLINTON ILLEGAL SALE OF OUR BOOKS / MATH. "FOR REVIEW - SET ASIDE CANCEL JUDGE ORDERS"

(B) REF: CERTIORARI PETITION FOR PETITIONER HOUSTON POLICE OFFICERS UNION / JOE GAMALDI V CITY OF HOUSTON / SYLVESTER TURNER / MARY HOUSTON PROFESSIONAL FIRE FIGHTERS ASSOCIATION / SAM PENA FIRE CHIEF LANCAR / MOTION FOR CONTINUMENT LEGAL REVIEW FROM US DISTRICT COURT / APPEAL TANIA GARRISON JUDGE / JUDGEMENT FRAUD VOID THE TEXAS VOTES OF THE PEOPLE UNDER A CHAPTER AT THE TEXAS GOV. CODE AND VOID BECAUSE VIOLATED THE TEXAS CONSTITUTION: FRAUD TO TEXAS VOTERS RIGHT THEREFORE THE TEXAS GOVERNOR VOTES ARE VOID VIOLATED THE TEXAS CONSTITUTION

FIRE HIM (2) REQUEST REVIEW IMMEDIATELY AND PAID THE PEOPLES VOICES TO INCREASE THE FIRE FIGHTERS SALARYS AT REQUESTED 179 MILLION AS MR DAVID MARTIN ADVISE CITY COUNSIL MUST INCREASE SALARYS EQUAL TO THE HOUSTON POLICE / ALL DOCUMENTS

RECEIVED FIRST COURT OF APPEALS HOUSTON, TEXAS OCT 8 2019 CHRISTOPHER A. PRINE CLERK

2019 ... 26 PM 9:29

3/14/19 YR FROM NELLY URIBE & FAMILY V STATE OF TEXAS / GREG ABBOTT Defendants
IN THE U.S SUPREME COURT WA-DC 20530
SONIA SOTOMAYOR - SLAVERY - 2014-26571
2012-27069 - 975871
TO CITY COUNSEL / COPY / FBI / 42 § 1983 8J7 / STATE OF TEXAS GREG ABBOTT / ROBERT MUELLER / COPY AMY BERMAN / US FEDERAL CLAIMS COURT / C. WRAY
713-7714930 S/D RICK PERRY / DONALD J TRUMP
COLOMBIA PRESIDENT COUNSEL AMEND 1-2-4-13-7-8 VIOLATION F HLAWS 2400 AUGUSTA HOUTX 77202
COPY US COURT APPEALS / AUSTIN TX 78711
MOTION TO REMOVE CANCEL ORDERS OF DONALD TRUMP TO PETITIONER NELLY URIBE WALTER URIBE & FAMILY, REF FONDREN ORTHOPEDIC HOSPITAL

FRAUD TO PAY 26 BILLION REMOVE CITY COUNSEL AND DEFENDANTS FROM OUR BANK MONEYS IN SALE OF STOLEN PROPERTYS. STAY OUT FROM OUR APT / HOMES REQUEST 26 BILLIONS DAMAGES TO BE PAY BY EA DEFENDANT: POLICE $ 26 BILLIONS CITY COUNSEL $ 26 BILLIONS CITY HOUSTON $ 26 BILLION DONALD J TRUMP $ 26 BILLIONS PLUS DAMAGES INJURYS / SLAVERY STATE OF TEXAS GREG ABBOTT $ 26 BILLION RICK PERRY $ 26 BILLION PLUS DAMAGES INJURYS; METRO POLITAN TRANSIT AUTHORITY $ 26 BILLION GEORGE P BUSH $ 26 BILLION PLUS DAMAGES INJURYS, VINCE RYAN $ 26 BILLION TO REMOVE EACH DEFENDANT FROM OUR FAMILY APT. IMMEDIATELY ANUSE OF POLICE / METRO POLICE / ED EMMETT PLUS LAWYERS COST $ 10'000.000.00 PLUS EA DEFENDANT TO DEPOSIT. BOND MORTGAGE $ 500'000.000.00 AT IBERIA BANK SLANDER / SLAVERY / STOLEN PROPERTY BOOKS IN ILLEGAL SALE MUST BE RETURN IMMEDIATELY WITH MATH JOURNAL AND ANY KEYS IN HOLD BY ED EMMETT TO PAY $ 26 BILLION INJURYS / DEFAMATION SLANDER RETAIL FRAUD WE DONT OWE MONEYS TO STORES / LAW LIBRARY FRAUD. FONDREN ORTHOPEDIC FRAUD HOSPITALS AN DOCTORS IN MAINST / HOUSTON FRAUD GET OUT ALL FROM OUR FMILY APT / HOMES - FAX 18553199683, POLICE BRUTALITY / AL ANROSE Nelly Uribe

COURT ORDER BOND $ 500'000.000.00

AFTER HOURS FILING FILED 2019 MAR 16 PM 8:42 [signature] COUNTY CLERK HARRIS COUNTY, TEXAS

DEPOSIT FOR EA DEFENDANT - ORDER TO GET OUT FROM PETITIONER NELLY URIBE / WALTER URIBE & FAMILY FMILY APT / HOMES / STERLING - STAY OUT 1,000 MILES AND EA DEFENDANT TO PAY $ 26 BILLION PLUS DAMAGES / INJURYS / MENTAL ATTACK PHONE ATTACK 24 HRS. REMOVAL EA DEFENDANT AND DONALD TRUMP CANCEL ORDERS AGAINST PETITIONER FAMILY & SON ORDER RETURN ALL STOLEN ITEMS / KEYS INCLUDING MATH JOURNAL / BOOKS / WRITTINGS / COMIC COLLECTION ORDER TO RELEASE ALL BANKS MONEYS DEPOSIT ILLEGAL SALES. DEMOCRATHS WANTS TO IMPEACH THE PRESIDENT BUT DONALD J TRUMP HAS BEEN IMPEACH ALREADY BY MANY COUNTRYS. WE ARE IN WAR - WAR IN CASE OF SALE OF SECRETS OF USA. ASK RICK PERRY REF YOUR TARIFF WAR TRADE WAR - SCREW UP.

AFTER HOURS FILING FILED 2019 MAY 26 PM 9:35 [signature] COUNTY CLERK HARRIS COUNTY, TEXAS

JUDGE

COPY TO US SUPREME COURT - SONIA SOTOMAYOR / LA 20 3 - 190TH - HCP-B - RORY OLSEN

CERTIFICATE OF SERVICE

BY MR COLOMBIA PRESIDENT - COUNSEL AT

2400 AUGUSTA HOUSTON 77202 AND PETITIONER NELLY URIBE

P. 2

REF: RUSSIA INVESTIGATION/TAY SUBPOENAS/ROBERT MUELLER 2014-26571/2012-47068/975831
REF: SLAVERY/DONALD J TRUMP/STATE TEXAS/GOV CLAIM - CONTRACT - SC 12
IN THE UNITED STATES SUPREME COURT - WA-DC 20530
SONIA SOTOMAYOR/ JOHN ROBERTS/USD/AMIT MEHTA - WA
PETITION FOR CERTIORARI / SHONALI MAJUMDAR
UNITED STATES COURT INTERNATIONAL - TRADE WA, DC 20012 - NY.
UNITED STATES FEDERAL CLAIMS - NY. AMY BERMAN JACKSON
COPY COLOMBIA PRESIDENT - IVAN DUQUE / COUNSEL 2400 AUGUSTA - HOUSTON 77202
COPY FBI/ CHRISTOPHER WRAY/ ROBERT MUELLER REF: DONALD J TRUMP

MAY 13/2019 YR

FROM NELLY RURIBE/ WALTER URIBE / D TORRES FAMILY / CHILDRENS/ E TORRES 832 374 3612
REQUEST FBI/ INVESTIGATION T42 $ 1983, 1985 POLICE BRUTALITY

PETITIONERS

STATE OF TEXAS/ GREG ABBOTT/ DONALD J TRUMP / METRO POLICE
PAUL RYAN/ JAMES RICHARD PERRY/ HOUSTON POLICE/ H1 VIRGENS / CENTER POINT
ALAN ROSEN/ METRO POLITAN TRANSIT AUTHORITY/ OBAMA METRO POLICE/ G W BUSH / AT&T/ COMCAST
SAM M ARCOS APT/ PRISTINE ENERGY/ SHONALI MASUMDAR / FED. EXPRESS
HARRIS C. LAW LIBRARY/ VINCE RYAN/ CITY OF HOUSTON/ JEBB BUSH
SYLVESTER TURNER/ ANNISE PARKER/ JOE SPRUNGE
DEFENDANTS ET ALL, GEORGE P BUSH, SALE OF WATER ARSENIC
REF: TARIFF - WAR IS AGAINST USA MANUFACTURING BUSINESS
REF: ALASKA ABORTION LAWS / KILL OUR TEENS GOING TO MEXICO.

PETITIONERS NELLY RURIBE/ WALTER URIBE & FAMILY MOTION TO FIRE THE HOUSTON POLICE CHIEF ART ACEVEDO/ SYLVESTER TURNER/ TRESPASS
INJURY METRO POLICE: THOMAS LAMBERT/ ORDER: DONALD J TRUMP & FAMILY $ 26 BILLION PUNITIVE DAM.
FOR FOLLOWING AVERNMENTS/ INJURYS/ ASSAULT/ ROBBERY/ TORT/ REMOVAL
(A) UNDERWEAR / PHONE ATTACK 24 HRS JEBB BUSH / MAYOR / POLICE/ METRO GREG ABBOTT ALL DEFENDANTS TO PAY $ 26 BILLION EA. 50% TO KINGWOOD LIBRARY / NURSERY.

4/10/19 RCVD INFO FROM TEENS POLICE STEAL ALL DOCUMENTS IN ENVELOPE/ DELIVERY TO HARRIS COUNTY COURT/ BASKET. REPORTED TO COLOMBIA/ LAW PRESIDENT IVAN DUQUE/ COUNSEL. MAIL ALSO SEND TO JUDGE LINA HIDALGO/ CONGRESS. ALL DOCUMENTS ARE ALSO CERTIFIED SERVED BY COLOMBIA PRESIDENT/ COUNSEL

(B) 4/12/19 HIT WITH METAL AT AIRLINE/ BERRY ST. AND STOP ME AT MIDDLE OF STREET. IT WAS TOO MUCH TRAFFIC COMING AND A DRIVER GET OFF AND HELP ME TO GO TO METRO STOP. $ 26 BILLION METAL ATTACK

ALSO A YOUNG LADY CAME TO HELP AND TALKING/ I TOLD HER CAN NOT LITSEN BUT I ASK HER TO DRIVE ME OUT OF THIS CORNER AS I WAS HIT WITH ELECTRICITY. A MAN CROSS STREET DID A SIGN GET OUT FROM HERE THEY WANT TO HURT YOU. (24 HRS ATTACK) THE YOUNG LADY GOT ME OUT TO OTHER METRO STOP AND I TOOK METRO 56 GOING TO TRANSIT CENTER/ MAIN ST, AS I GOT OUT METRO I WAS HIT AND HIT WITH ELECTRICITY/ MECHANICAL ATTACK TO MY FEETS/ SHOES. THEN I STARTED WALKING BUT I CAN NOT MOVE I HOLD INTO A GLASS WALL AND DID REVERSE 3:56 PM. IN THAT MOMENT ABOUT 4 PM METRO NO: 1850 BUFFALO SPEEDWAY W BELLFORT THAT METRO WAS PUSH / DRIVE IN ELECTRICITY VERY HARD SPEED AND WENT ON TOP OF SIDE WALK HIT THE CEMENT WALL (BROKEN GLASS) FULL OF PASSENGERS. I TOLD THE DRIVERS IN GROUP THEY TRY TO KILL ME DRIVER WAS NOT IN FAULT (33) FIRE DEPT CAME (1) POLICE CAME AS I TOOK NO. 2 METRO AT THE ACCIDENT SCENE A DRIVER WAS TALKING THEY HAVE GOOD SALAD FOR ME BUT MISS. THEY DID NOT SEE ME, AND I WAS TOLD TO MOVE GET OUT I REQUESTED HOW WAS THE ACCIDENT DRIVER HURT (2) PEOPLE SAID SHE WAS A LADY DRIVER NOT HURT. (CENTER POINT ENERGY) THE GOVERNOR & DONALD TRUMP PEOPLE WAITING AT HOSPITAL TO SEE ME 2) A LADY "HOSPITAL" SAID GOOD LUCK.

24 HRS (C) WE HAVE BEEN ATTACK AT METROS / ELECTRICITY / DRUGS IN METRO DRIVERS HAS ORDER TO HIT OUR BODY/ LEGS/ FEETS/ EYES/ HEAD PHONE ATTACK EA DEFENDANT TO PAY $ 26 BILLION LAWYERS $ 10,000,000.00

EARS 4/13/19 (D) ATTACK IN MY BACK STOLEN FROM MY POCKET $ 10 = IT WAS A YOUNG BLACK WITH A BAG. REPORTED TO STREET OFFICERS I WAS TOLD THEY CAN NOT GET THAT PERSON TO GO HOME. I WAS TOLD IT WAS A POLICE WHO DID IT. AT MAIN ST/ METRO RAIL STOP

4/13/19 PATROLS ALSO ATTACK AT NIGHT AS I SLEEP UNDER THE TABLE POLICE/ ATTACK WITH PATROLS/ METRO POLICE/ FEDERAL EXPRESS STOLEN DOCUMENTS MANY TIMES AND MONEY IN DIFFERENT DAYS. TRY TO KILL US REMOVAL UNDERWEAR / ILLEGAL SEARCH DAMAGE DRINKS/ FOOD FOLLOWING INFO FROM BLACK COMMUNITY: POLICE HAS BEEN SENT TO KILL YOU

[Left margin, written sideways:]
HANDS IN OUR MOUTHS/ EYES NO TICKETS/ NO COURT
REF KILL NAVY VET/ KILL PETI PETURIBE/ KILL ALBERTO URIBE
REQUEST FROM EA DEFENDANT IN STATE OF TEXAS ROBBERY REQUEST $ 26 BILLION FREE MOBILE GLASSES/ BOOKS/ AND RECORDS
10 STREET COMIC BOOKS/ MATH JOURNALS/ ART MUSEUMS/ EDWARD HUCKLEBERRY/ DEFENDANTS
TO CUSTOM WALGREENS/ FIESTA/ HEBS/ OTHERS
RETAIL FRAUD WE DONT OWE MONEYS
TO STORES INCLUDING RANDALLS/ KROGER/ WAL MART
SECURITY DESPRUNGE ATTACK 24 HRS/ BUSH
WITH ED EMMETT/ DEF. VALDEZ/ JP PAUL BYRAN
GEORGE W BUSH



PETITIONERS NELLY R URIBE 8323743612
WALTER URIBE & FAMILY MOTION TO FIRE
THE HOUSTON POLICE CHIEF ART ACEVEDO
SYLVESTER TURNER / TRESPASS / INJURY

PETITIONERS NELLY R URIBE / WALTER URIBE & FAMILY MOTION TO FIRE THE HOUSTON POLICE CHIEF ART ACEVEDO / SYLVESTER TURNER / TRESPASS

5/13/19 YR

CAUSE

IN THE DISTRICT COURT

AT LAW

HARRIS COUNTY, TEXAS

PLAINTIFFS FIFTH AMENDED PETITION

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TX
2018 NOV 14 PM

CIVIL AFTER HOURS
2019 MAY 27 PM 6:02
FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

THE GRAND THEFT
REQUESTED RETURN FRAUD
ALL STOLEN ITEMS ED EMMETT / JOE SPRUNG IN
WITH APT / HOUSEKEYS REF METRO POLICE BRUTALITY
IN BANK DEPOSIT $26 BILLION EA WITH HOUSTON POLICE BRUTALITY
BOOK SAFE
TO UNITED STATE SUPREME COURT-WA
JOHN ROBERTS / PETITION FOR CERTIORARI
COPY COLOMBIA PRESIDENT / IVAN DUQUE / COUNSEL HOUSTON
PETITIONERS NELLY RURIBE / SON WALTER URIBE & FMILY
MOTION TO. SET ASIDE CANCEL ORDERS IN FRAUD
FROM STATE OF TEXAS / DONALD JTRUMP / GREG ABBOTT / ED EMMETT
POLICE / METRO / JOE SPRUNGZ / RANDALLS STORE / FIESTA STORE / CVS / HEB
KROGER WALGREENS / JUST A DOLLAR / MACDONALDS MANY STORES
INCLUDING GAS STATIONS / SHELL / CHEVRON / VALERO / TEXACO & OTHER
ORDERS RICK PERRY / GEORGE W BUSH / GEORGE Y BUSH & OTHER
ALL ORDERS AGAINST NELLY RURIBE / WALTER URIBE & FMILY
AND P M TORRES / B TORRES, ABUSE OF POWER REQUEST $26 BILLION EA AVERME
WITH HOSPITALS, MEMORIAL / HERMANN / METHODIST HOSPITAL
MD ANDERSON / TEXAS ORTHOPEDIC HOSPITAL UT.
UNIVERSITY OF TEXAS, IN LAW LIBRARY VINCE RYAN
MARIANN SEAMS, JOE SPRUNG WITH ALL BLACKS
IN LYNCH WE HAVE NOT RECEIVE COPYS CITY HOUSTON FRAUD

THEREFORE CANCEL SET ASIDE

ALL ORDERS. ORDER TO PAY $26 BILLION EA AVERAGE plus LAWYERS
ALSO PRESIDENT DONALD J TRUMP ORDER
POLICE / SECRET POLICE IN BIKES / HELICOPTERS
IN ATTACK IN METRO ATTACK IN STREETS / DEFAMATION
OF OUR GOOD NAME WE DONT OWE MONEYS / METRO & POLICE FRAUD
UNTIL TOP AN ATTACK REMOVAL UNDERWEAR
MIRANDA LAWS DUE PROCESS 742 $ 1983, 85 FRAUD
VIOLATION

Nelly Uribe

TO PRESIDENT OF COLOMBIA / IVAN DUQUE & COUNSEL Hsty 77202
PLS GIVE COPYS OF ALL THIS DOCUMENTS TO:
① PRESIDENT DONALD J TRUMP / ATTY GEN & MIKE POMPEO S/S
② TO UNITED STATES SUPREME COURT / SONIA SOTOMAYOR-WADE
③ TO FBI / ROBERT MUELLER / CHRISTOPHER WRAY

UNITED STATES DISTRICT COURT
HOUSTON DIVISION

Attention: Staff Attorney

Re: Prisoner Documents Received

From: MMorgan/DWXC

Date: 5/27/2020

The attached documents were received by the Clerk's Office on 5/27. We are unable to determine how to docket the attached materials. If it is determined this is a new prisoner case, please indicate which type of case (e.g. Habeas, Civil Rights, etc.). If it is a prisoner civil rights case, please list the names of the defendants (if necessary), also, please indicate the Nature of Suit. Thank you for your assistance.

Additional comments:

Comments from person responding: Complaint is from Nelly Uribe, who is under a preclusion order in Case No. 4:10-cv-1994/10-mc-30 File a miscellaneous case. He is not a prisoner, FYI.

Name of person submitting form Melissa Morgan

Please return documents to DWXC